# EXHIBIT 13

Message

| | |
|---|---|
| **From:** | Jo Taylor [jo.x.taylor@gsk.com] |
| **Sent:** | 5/28/2013 12:37:06 PM |
| **To:** | S Parameswaran [N.S.Parameswaran@gsk.com]; Tom Reilly [Tom.Reilly@gsk.com] |
| **CC:** | Sony Leons [Sony.K.Leons@gsk.com]; Diagaradjane Bady [D.R.Bady@gsk.com] |
| **Subject:** | RE: AS/400 sluggish response - US1SA6P5 |

Param

From an Infrastructure standpoint we would not want to reverse the change. UnCapped Processing is not recommended by IBM for the AS400s and we are working to resolve other Capacity and Performance issues that having this turned on has caused us.

Tom is working on base lining your end of month resourcing requirements and hopefully performance should be back to normal shortly. Please bear with us. I understand that this is causing some business delays but please be assured we are working on this as quickly as possible.

Regards

Jo.

*Jo Taylor*
iSeries Service Delivery Manager

✉ **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**
☎ Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude. Be Present. Play, Make Their Day.*
*Fish Philosophy*

---

**From:** S Parameswaran
**Sent:** 28 May 2013 13:31
**To:** Tom Reilly
**Cc:** Sony Leons; Jo Taylor; Diagaradjane Bady
**Subject:** RE: AS/400 sluggish response - US1SA6P5

Hi Tom - is it possible to reverse the change made to the processor feature to see if that makes any difference? Is there any downtime required for this or can it be done on the fly?

Also what is the setting on US1SA6P6 partition (for India Pharma) – is it same as what is currently set on US1SA6P5 or what it was earlier?

Param

---

**From:** Sony Leons
**Sent:** Tuesday, May 28, 2013 5:27 PM
**To:** Jo Taylor; Diagaradjane Bady
**Cc:** S Parameswaran; Tom Reilly
**Subject:** RE: AS/400 sluggish response - US1SA6P5

Hi Jo / Tom,



Plaintiff0022730

Our disk utilization is around 72 % (screen shot attached) only.  There are no other major projects / development work going in our server. Number of jobs submitted has increased very much because we are approaching month closing.  We never faced this kind of issues in the past and I strongly believe it is something to do with the processor feature which we disabled on May 12th.



Regards,

Sony K Leons
Manager - Information Technology
Application Services, India Sub Continent
T (External) +91 124 4097150  T (Internal) 150  M (Mobile) +91 9811603055
www.gsk.com | GSKvision on YouTube | Follow us on Twitter

Plaintiff0022731



**From:** Jo Taylor
**Sent:** Tuesday, May 28, 2013 4:29 PM
**To:** Sony Leons; Diagaradjane Bady
**Cc:** S Parameswaran; Tom Reilly
**Subject:** RE: AS/400 sluggish response - US1SA6P5

Sony

Tom is looking into this now.   It is unlikely to be the change that has caused this.  That change was carried out on 12th May and CPU has been around 60% mark so nothing serious there to point too.  Your disk utilisation is high though at 80% so suggest some housekeeping is done to reduce that.  Average response times have been around the 0.3 seconds.#

What other business activities are taking place (Testing, Project work etc) which may be taking up resources away from Production?

Once Tom has had time to analyse the last two days of data and what is happening now on the server he will get back to you.

Jo



Plaintiff0022732





*Jo Taylor*
iSeries Service Delivery Manager

✉ **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**
☎ Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude. Be Present. Play, Make Their Day.*
**Fish Philosophy**

**From:** Sony Leons
**Sent:** 28 May 2013 11:31
**To:** Diagaradjane Bady

Plaintiff0022733

**Cc:** Jo Taylor; S Parameswaran; Tom Reilly
**Subject:** AS/400 sluggish response - US1SA6P5

Hi Bady,

System taking too much time to process jobs and jobs are getting piled up in job queues. I am noticing this kind of slow system response from this month. I suspect this might be due to the disabling of processor feature ('Uncapped Processor') done by GDC recently. Refer Mail attached.

<u>Jo / Tom</u> : We never had this kind of sluggishness in the system earlier. Please investigate and fix it. Sales invoicing process which used to take cycle time of around 10-15 minutes now take more than 60 minutes which is not acceptable by business. **Business is suffering due to this.** If the 'Uncapped Processor' feature is to be enabled let's do that ASAP.

**Regards,**

Sony K Leons
Manager - Information Technology
Application Services, India Sub Continent
T (External) +91 124 4097150  T (Internal) 150  M (Mobile) +91 9811603055
www.gsk.com | GSKvision on YouTube | Follow us on Twitter



**From:** Diagaradjane Bady
**Sent:** Tuesday, May 28, 2013 3:33 PM
**To:** Sony Leons
**Subject:** FW: JDE Slow,

Sony,
Why is sudden issue this month?  The issue is reaching business escalation,  Spk to the concern and get It resoled by EOD.

Regards
Diagaradjane

**From:** Vineet Jain
**Sent:** Tuesday, May 28, 2013 11:12 AM
**To:** Sony Leons
**Cc:** Diagaradjane Bady
**Subject:** RE: JDE Slow,

Hi! Sony

Generation of one invoice in 2-3 hours can lead to sales loss.

What is it we need to correct this situation

Plaintiff0022734

Regards
Vineet

**From:** Sony Leons
**Sent:** Tuesday, May 28, 2013 11:08 AM
**To:** Vivek Kumar
**Cc:** Suresh S; C Kumar; Vineet Jain; Chakaravarthi R; Hari Ram; Kailasam M; Logesh N; Manikandan M; Nooka Raju; Shekara V C; Solairaj; Suraj Balan; Vibin Pappillikkara
**Subject:** RE: JDE Slow,

Hi All,

System will be slow towards the end of month due to more number of jobs run by users ( not only by depot ) from Finance, Factory, BPCS etc...    Due to this execution time for each job will take more time.

I am doing my best to manage this.

**Regards,**

Sony K Leons
Manager - Information Technology
Application Services, India Sub Continent
T (External) +91 124 4097150  T (Internal) 150  M (Mobile) +91 9811603055
www.gsk.com | GSKvision on YouTube | Follow us on Twitter



**From:** Vivek Kumar
**Sent:** Tuesday, May 28, 2013 11:05 AM
**To:** Sony Leons
**Cc:** Suresh S; C Kumar; Vineet Jain; Chakaravarthi R; Hari Ram; Kailasam M; Logesh N; Manikandan M; Nooka Raju; Shekara V C; Solairaj; Suraj Balan; Vibin Pappillikkara
**Subject:** FW: JDE Slow,

Dear Sony

All Southern warehouse are facing severe issue in invoice generation . It is taking almost **2-3 hours to generate a single invoice**. Vehicles are loaded & waiting for invoice at warehouse is impacting warehousing operation. Since in next 3-4 days we will have heavy dispatches please look into this & try to minimize the waiting time.

Regards

**From:** Nooka Raju
**Sent:** Tuesday, May 28, 2013 10:59 AM
**To:** Sony Leons
**Cc:** Vivek Kumar; Sharavanan R; G Balaji; C Kumar
**Subject:** FW: JDE Slow,

Dear Sir,

Plaintiff0022735

Today also same issue..  Please look into this matter immediately.

Thanks & Regards
Raju

---

**From:** Nooka Raju
**Sent:** Monday, May 27, 2013 7:57 PM
**To:** Sony Leons
**Cc:** Sharavanan R; G Balaji; C Kumar
**Subject:** RE: JDE Slow,

Dear Sir,

Taking more than 1 HOUR time release the *OUTQ.  Since morning we are facing this issue, because of this issue we could not release the Local trucks in time, we are paying truck detention charges for halting trucks.

Please do the needful.



Thanks & Regards
Raju

**From:** Nooka Raju
**Sent:** Monday, May 27, 2013 12:09 PM
**To:** Sony Leons
**Cc:** Sharavanan R; G Balaji
**Subject:** JDE Slow,

Dear Sir,

JDE is taking more than 30 minutes to release out Q .  Please look into this matter.



**Thanks & Regards**

RAJU.DN
HYDERABAD DEPOT
Moblie : 9908312224

Plaintiff0022737

Plaintiff0022738

# EXHIBIT 14

**From:** Jo Taylor
**Sent:** Tuesday, July 09, 2013 3:01 PM
**To:** Tom Reilly
**Subject:** RE: Project Bingham

Tom

I'm well aware of the situation, history and impact and don't need to be reminded yet again!

The only path open to us is to Capp US1SA6P9 and re-baseline it, but  Joao needs to understand the risk of doing that not only to US1SA6P9 but also to the other LPARS on US1.

I will discuss that with him tonight on the call.

Jo.

*Jo Taylor*
iSeries Service Delivery Manager

✉ **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**
☎ Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude, Be Present, Play, Make Their Day.*
*Fish Philosophy*

**From:** Tom Reilly
**Sent:** 09 July 2013 18:27
**To:** Jo Taylor
**Cc:** Tom Reilly
**Subject:** FW: Project Bingham
**Importance:** High

Hi Jo, Joao will most likely be raising some serious questions and concerns at tonight's TC regarding US1SA6P9 performance and stability.  I was clear in the previous thread as to the criticality of the situation but haven't heard back from you in advance of the meeting and have seen no response to Joao.  I've been warning for the past 16 months that the entire US/UK fleet are unpredictable because of Uncapped Processors.  I've said repeatedly that US1SA6P9 in

particular was I/O unstable and performing poorly since it went into production. I've been told repeatedly in return that it's not performing poorly, my warnings have been disregarded and my advice has been ignored.  The month end workload on that server has now become unstable as I predicted and we've run out of a resource that money can't buy which is time.  I communicated the same warnings and predications about EnterpriseOne production but they were also disregarded and the business suffered.  The lights are and have been flashing red so someone with authority and ability to align resources needs to step up and act.  We can't continue down the same path where my advice is sought out then disregarded only to have me put back on point to address the issues.  I'm preparing for the possibility tonight that my warning regarding the risk of growing the server will come as a shock to the business.  A paralysis seems to have developed around the situation but continuing to ignore it and do nothing will only increase the exposure to the business.  I've sent probably dozens of emails with recommendations on how to remediate this situation so you know where I stand.  Other than that, there's nothing more I can say or do and only you as the service owner can steer this away from a bad ending.  Tom

**From:** Joao Sidou
**Sent:** Friday, July 05, 2013 12:08 PM
**To:** Tom Reilly
**Cc:** Julieta Wong; Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Rick Oberholzer; Jo Taylor
**Subject:** RE: Project Bingham
**Importance:** High

Hi Tom,

Thanks for the answer.

If I got you correctly, with the uncapped servers in the fleet we cannot do much more than simply reacting to bad performance on those servers – as it will be erratic "by nature".

One reactive option would then be to observe the peaks over the following months and respond to peaks as they happen. Then, once we have enough information about the peaks we would be able to have better basis for estimation. However, that would be way too risky, as we don't know which performance issues we could face, and heavy disruptions could take place.

In this scenario, and considering that we are required to proactively keep good performance and avoid any risk of disruptions to the business, what would be the

recommendation with regards to capacity planning for disks, memory and CPU? Should we overestimate them, leaving some room for unpredictable peaks? If so, by how much? Is there any other way of avoiding bad surprises whilst minimising costs?

Thanks again in advance.

Kind regards,
João Sidou

**From:** Tom Reilly
**Sent:** sexta-feira, 5 de julho de 2013 12:41
**To:** Joao Sidou
**Cc:** Julieta Wong; Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Rick Oberholzer; Jo Taylor; Tom Reilly
**Subject:** RE: Project Bingham

Hi Joao, I wanted to weigh in with additional background in light of the impact degraded US1SA6P9 performance had on the business and the resulting lost revenue/sales, missed targets, difficulty closing month end, etc.  It is unfortunately not possible at the moment to determine whether current or additional CPU, memory, disk arm resources will be adequate to support the increased workload resulting from Bingham.  The Latina, MENA, and Boronia consolidation server fleet as well as the UK based server fleet are currently configured with a hardware feature known as Uncapped Processors.  The exceptions are GDC based servers KOPSA1P1, KOPSA1P6, KOPSA1P9, and US1SA6P5 which were recently switched back to their original Capped Processor configuration.  The Uncapped configuration allows a server unrestricted CPU utilization (sometimes > 300%) causing the supporting I/O systems (memory & disk arms) to thrash and become volatile.  The Uncapped Processor configuration is not supported by IBM on i5/OS (OS400) and there have been related performance incidents on other servers which is why an effort was under way recently to disable it.  These Uncapped servers are unpredictable and there's no performance or capacity baseline to rationalize current performance and no formula to predict future performance.  The capacity planning and Performance/Trend analysis you're requesting is not possible with the current configuration because CPU, memory, disk arm resource utilization can't be accurately measured.  The addition of just a small amount of workload can cause an Uncapped server to hit the knee of the I/O performance curve becoming end user and batch unstable.  Adding additional CPU, memory, disk arm resources could mask the underlying issues in the short term but there's no guarantee and only a matter of time before these issues reappear down the

road.  The effort to disable Uncapped Processors and re-establish peak performance resource requirements is also tricky as seen recently when Brazil, Egypt, Pakistan, and India Cx were Capped.  That effort resulted in temporary but highly visible month end performance problems while peak processing (month end) baselines were being reestablished which contributed to the decision to suspend the effort of restoring the fleet to a Capped configuration. I've observed erratic behavior on US1SA6P9 since production cutover and on other Uncapped servers so am puzzled as to why it took so long for the business to raise a performance concern.  Other than Capping US1SA6P9 and the remaining servers, there's nothing that can be done proactively when adding additional JDE/BPCS entities, users, or workload to any of these servers.  If performance suddenly becomes degraded on any of the Uncapped servers in the fleet, there's little that can be done from a resource tuning standpoint to stabilize it.  Please feel free to contact me or schedule a LM to discuss further.  Tom

**From:** Joao Sidou
**Sent:** Thursday, July 04, 2013 1:02 PM
**To:** Jo Taylor; Rick Oberholzer; Julieta Wong
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Tom Reilly
**Subject:** RE: Project Bingham
**Importance:** High

Hi Jo,

For sure any project that goes live (not only Bingham) will add workload. If we are close to the limits on any type of resource (memory, disks, CPU), it's important for us not only to highlight that to the project, but also to provide technical advice in terms of capacity that needs to be added to compensate for the increased workload – along with the associated financials and timelines to make that increased capacity available. The time to do it is now. As you know, we are not a profit centre nor have an independent investment budget, so any of our investments are limited to what can be funded by the projects themselves.

So my request to the team is:

1.    Perform a trend analysis of all components that impact performance (as mentioned, memory, disks, CPU)
2.    For all components that may need an upgrade, suggest a configuration – or configurations – and clearly indicate, besides the costs to implement them, what are the options and limits to expand, as well the current costs for doing it.

3.    Clearly indicate the pros and cons of all configurations we may come up with, as well as the associated risks for each one (when applicable, of course. E.g. instead of adding 500GB of disk, add just 200GB, and so on).

Once we have that information at hand, we can liaise with the project and provide those inputs for any budget adjustment that may be needed on project side.

Jo and Rick,

Can you help us with the three items above, based on inputs you may request from our team (Julie and Prasanna)?

Julie,

Let's liaise with Nigel ASAP in order to let him know that we are going to perform that analysis and perhaps a need for investment from the project side will be required, in order to avoid a collapse of resources, once Bingham goes live. I would ask you  to please set up a call with Nigel for us to discuss this topic.

Thanks and regards,
João Sidou


**From:** Jo Taylor
**Sent:** quinta-feira, 4 de julho de 2013 04:24
**To:** Joao Sidou; Rick Oberholzer; Julieta Wong
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Tom Reilly
**Subject:** RE: Project Bingham

Hi Joao

Rick is out on holiday at the moment, but I can confirm that the quotes are in USD.   Lead times would be approximately 4 weeks.

I am however concerned with the recent month end performance issues on Malaysia that Project Bingham will need to do more than just purchase disk. There is a chance that memory and additional CPU may be required to bring the performance levels back down to acceptable levels.   As you add workload not only does the disk capacity get exceeded but also to push the "knee in the curve" for performance attributes on CPU and memory.

I think we need to discuss the requirements in more detail and analyse performance more closely in order to understand what is going on, what workload is being added (users, transactions, batch processing).   Please can you set up a meeting with Tom Reilly to discuss US1SA6P9 performance and requirements.

Thanks

Jo

*Jo Taylor*
iSeries Service Delivery Manager

✉ **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**
☎ Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude, Be Present, Play, Make Their Day.*
*Fish Philosophy*

**From:** Joao Sidou
**Sent:** 04 July 2013 00:44
**To:** Rick Oberholzer; Julieta Wong
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Jo Taylor; Tom Reilly
**Subject:** RE: Project Bingham
**Importance:** High

Hi Rick and Julie,

I have not seen any follow-up on this track since this last email (not sure if you are taking this forward in another thread).

Rick,

I am assuming those costs are in USD (although not clearly stated in the quotation you attached to your reply). In such case, the whole upgrade would cost approximately 11.8 KGBP.

Is there any estimate on lead times to have materials purchased and the upgrade concluded?

Julie,

I guess the project would not accept to fund the whole upgrade; in this case we would need to have a reasoning as to which groups would need to share the costs and in which proportion to each one – at this point in time, I can only think of the business (from Indonesia, Malaysia, Philippines, Singapore, Thailand and Vietnam), due to data organic growth and project Bingham (due to new data added). I would need your help to analyse disk usage by those different entities and suggest a proportion to share the costs between all of them (and a reasoning for it). We can then have a session to discuss such analysis.

Thanks and regards,
João Sidou


**From:** Rick Oberholzer
**Sent:** quinta-feira, 20 de junho de 2013 09:45
**To:** Julieta Wong
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Jo Taylor; Tom Reilly
**Subject:** RE: Project Bingham

Hello Julieta;

Apologies for the delay in obtaining your requested information regarding additional disk capacity for US1SA6P9. I have gathered information and pricing for your request via our IBM Business Partner.

Due to the version of the operating system we are currently using the maximum disk size that we can install is 139G; I would not recommend any drive smaller in size as the current drives installed are this same type of drive.  I have worked with the vendor in obtaining pricing for an addition twelve 139G disk drives and the appropriate hardware required for the installation.

The hardware that houses the actual disk unit can support the twelve drives. The minimum amount of drives required is three. I do not recommend that amount as to provide parity protection of the data some of the installed storage is used.

Here is an example.

If twelve drives are installed the total amount of installed disk would be 1.6 Terabytes.

Following the setup of parity protection the amount of usable storage would be 1.5 Terabytes.
So this must be considered as approximately thirty-three percent of each drive is used for this protection which provides for disk failure protection.

I have attached the spreadsheet provided by our vendor that lists all equipment required for the installation and the costs.

If you have any questions or require additional information please contact me to discuss.

Thank you and regards.

Rick

Rick Oberholzer
iSeries Power Systems
GlaxoSmithKline
1250 S. Collegeville Avenue
Building 30
Collegeville, Pa. 19426
610-962-1880 (External)
285-1880 (Internal)
610-608-1002 (Cell)

**From:** Jo Taylor
**Sent:** Monday, June 10, 2013 2:57 AM
**To:** Rick Oberholzer
**Cc:** Tom Reilly
**Subject:** FW: Project Bingham

Rick

Can you provide a response to the questions below for US1SA6P9

Thanks

Jo.

*Jo Taylor*
iSeries Service Delivery Manager

✉ **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**

☎ Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude, Be Present, Play, Make Their Day.*
*Fish Philosophy*

**From:** Julieta Wong
**Sent:** 10 June 2013 02:47
**To:** Jo Taylor
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Nigel Trent
**Subject:** FW: Project Bingham

Hi Jo,

As i am requesting the WIPRO to help on the estimate of the disk requirements not only for the Project Bingham (if possible)  but for also the organic growth of the Partition 9. May I request as well from you the  options that are available, if estimates would say that additional space is needed. Although I think, even without the estimates the disk capacity right now is quite big already.

May I seek for your help to get the following information ;

1)   What are the available hard disk capacity/ sizes that we can add? What is the minimum size that we can add? Please give us options?
2)   How much it would cost us for each option?
3)   Timelines to implement additional space
4)   Other important information that we need to know.

Please help and advise.


## Best Regards,
### Julie C. Wong

**From:** Sudhir Singh
**Sent:** Friday, June 07, 2013 6:43 PM
**To:** Julieta Wong; Mike Bacon; Kallol Mondal
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Nigel

Trent; Jo Taylor
**Subject:** RE: Project Bingham

Hi Julie ,
Thanks for  informing , I have cleared few unnecessary file . ASP is now down to
75% from 81%. I have sent mails to users to check if we can remove few more
files (If files are not needed ).



Regards
Sudhir Singh


**From:** Julieta Wong
**Sent:** Friday, June 07, 2013 6:15 PM
**To:** Mike Bacon; Kallol Mondal; Sudhir Singh
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Nigel
Trent; Jo Taylor
**Subject:** RE: Project Bingham

Hi Sudhir,

Forgot to copy you.

Please see below.

**Best Regards,**
**Julie C. Wong**

**From:** Julieta Wong
**Sent:** Friday, June 07, 2013 6:12 PM
**To:** Mike Bacon
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Nigel Trent; Jo Taylor
**Subject:** RE: Project Bingham

Hi Kallol/Sudhir,

Please see below.  Please do necessary clean up immediately.

Thanks alot.

**Best Regards,**
**Julie C. Wong**

**From:** Mike Bacon
**Sent:** Friday, June 07, 2013 5:18 PM
**To:** Julieta Wong
**Cc:** Gerald Chelelgo; Kallol Mondal; Prasanna Sreedharan; Joao Sidou; Nigel Trent; Jo Taylor
**Subject:** RE: Project Bingham

Hi Julie,

As Gerald mentioned, disk Utilisation on US1SA6P9 is around 80%.

The biggest libraries are –

| Library | Owner | % of Disk | Size in 1000 bytes | Last Change | Last Use | Library Information Description |
|---------|-------|-----------|--------------------|-------------|----------|---------------------------------|
| JDLIVE  | JDE   | 14.51     | 222707523.6        | 02/06/13    | 02/06/13 | GSK UNI LIVE - JDE Data Files Library |

```
JDDTAKLT     JDE              6.46         99210428.4   02/06/13
02/06/13   GSK UNI LIVE - JDE Data Files Library
JDDTAMNL     JDE              4.38         67158732.8   02/06/13
02/06/13   GSK PHIL LIVE-JDE Data Files Lib A7.3
JDDTAMND     JDE              3.85         59098542.1   30/05/13
30/05/13   GSK PHIL LIVE-JDE Data Files Lib A7.3
SBL003DMNL   JDE              3.28         50270216.2   02/06/13
02/06/13   GSK PHIL LIVE - SBLIB 1.6.4c
JDEQRY       JDE              2.42         37198131.2   02/06/13
02/06/13   GSKM  Live - JDE User Queries Lib
WIPROLIB     SSA              2.31         35385733.1   31/05/13
31/05/13   'WIPRO TEAM'S PURPOSE DO NOT DELETE '
QMGUS1_400   QMQM             2.15         32927100.9   02/06/13
02/06/13   QMGR: GUS1_400_009
QGPL         QSYS             2.04         31281307.6   02/06/13
02/06/13   General Purpose Library
QMGUS1_401   QMQM             1.95         29970374.7   02/06/13
02/06/13   QMGR: GUS1_400_014
JMNLQRY      PJDEADM00        1.94         29714661.4   02/06/13
02/06/13   GSK PHIL LIVE - JDE Query library
SBL160DKLL   JDE              1.52         23304511.5   02/06/13
02/06/13   GSK UNI LIVE - SBLIB data library v1.6.0
TEMPF4111    QSECOFR          1.32         20269068.3
13/12/12             JDDTAKLT/F4111 & F4111LK from 10/08/12 01:39:47
JDDTAIDL     JDE              1.28         19636981.8   02/06/13
02/06/13   GSK INDO LIVE - JDE Data Files Library
JDDTAIDT     JDE              1.26         19357016.1   29/05/13
31/05/13   GSK INDO LIVE - JDE Data Files Library
SBL003DKLL   JDE              1.10         16809132.0   02/06/13
02/06/13   GSK UNI LIVE - SBLIB 1.6.4c Data Library
```

**These are large objects in 'user' libraries that may, or may not, be required -**

```
Object      Object                 Object   Text
Description                         Creation  Last
Created by
Library
Size                                          Date
Used    User
                             Date
JDEQRY       JDETP
7,518,330,880
121205   121205  JZS36997
JDEQRY       TP
7,518,330,880
120928   120928  JZS36997
JDEQRY       VNAPVNDPO
3,961,561,088
110121           NXP20060
JDEQRY       EMPLOYEE
3,928,006,656
130328   130328  MA5205
```

```
JDEQRY       VN43_013
3,005,263,872
130321   130321  NXP20060
JDEQRY       VNAPVNDPO1
1,193,316,352
110224            HT485820
JDHIST_SG  F42119         3,156,324,352   Sales Order History File -
Flexible Version           110618   130410  SZF11172
JDHISTSGMY F42119         3,156,324,352   Sales Order History File -
Flexible Version           110716   130410  SZF11172P
JDHISTSGMY F091102   1,695,739,904   Purge - Account Ledger
-2000 to 2002              110725        SZF11172P
JMNLQRY    ORDERFILLD
7,182,786,560
110307            RVM56558
KALLOL     F4311MAR      1,981,997,056   Purchase Order Detail
File                 130312   130313  SKS82182P
KALLOL     F4311APR      1,981,845,504   Purchase Order Detail
File                 130313   130313  SKS82182P
LOVISH     RPGOA12
   4,179,660,800
   130131   130131  LK657241P
MYBPCSSAV1 AB6FLUL
1,350,172,672
110103        SSAINST
MYBPCSSAV1 XB6FLUL
1,350,172,672
110103        SSAINST
MYBPCSSAV1 AB6AOLUS
1,242,890,240
110103        SSAINST
MYBPCSSAV1 AB6SFLUL
1,242,890,240
110103        SSAINST
MYBPCSSAV1 XB6AOLUS
1,242,890,240
110103        SSAINST
MYBPCSSAV1 XB6SFLUL      1,242,890,240
                                     110103
SSAINST
PHBPCSSAVF XB6SFLMN      1,287,151,616   Save of
B6SFLMN                         070302   130530
RZK18354P
PHBPCSSAVF XB6FLMN       1,214,799,872   Save of
B6FLMN                          070302   130530
RZK18354P
PHBPCSSAVF XB6SOMN       1,148,739,584   Save of
B6SOMN                          070302   130530
RZK18354P
SBBKP1000  B6FPMN        1,094,758,400   Save BPCS Files for SBWare
10 installation    121214   121214  SSAINST
SIMHA      F4311SS       1,981,956,096   Purchase Order Detail
File                 130307   130307  SS607428P
```

```
SIMHA         ILDTL
1,411,592,192
130303   130304  SKS82182P
SIMHA         ILDTL
1,411,592,192
                  130303    130304   SKS82182P
SIMHA      ILDTLS
1,294,036,992
130305   130305  SKS82182P
SIMHA      ILDTLS
1,294,036,992
         130305    130305   SKS82182P
TEMPF4111    F4111          20,269,060,096   Item Ledger
File                                111021        TML5196P
WIPROLIB    YCF_IND        20,067,704,832   'YCF Backup for Indonesia
for 03/05/13'          130503    130503  PG806758P
WIPROLIB    NKSFMA          1,344,323,584   OUTFILE created by DSPJRN
command.                    111107           NKS38077P
WIPROLIB    FMA_SM          1,126,219,776   OUTFILE created by DSPJRN
command.                    111101          SM308336P
WY534829P    SAVULB6SO       1,559,781,376   20120120 B6SO
sav                                120120          SSAINST
```

These are the disk utilisation averages for the last 12 months of AUSBOI09

| Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Jun | Jul | Aug |     |     |     |     |     |     |
| 60.7 | 62.3 | 64.8 | 65.6 | 66.8 | 69.4 | 72.6 | 73.8 | |
| 75.8 | 77.6 | 72.6 | 67.2 | | | | | |

And the averages for US1SA6P9 since Aug last year

| Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| May |     |     |     |     |     |     |     |     |
| 76.7 | 80.1 | 78.7 | 71.3 | 73.5 | 75.1 | 76.1 | 77.3 | |
| 79 | 81.2 | | | | | | | |

Good luck with your cleanup ...


Regards,

Mike

Mike.R.Bacon@GSK.com
Internal *792-7040   External +44 (0)207 076 7040
GlaxoSmithKline, 1-3 Ironbridge Road, Stockley Park West, Middlesex UB11 1BT

**From:** Gerald Chelelgo
**Sent:** 07 June 2013 08:48
**To:** Julieta Wong; Kallol Mondal; Mike Bacon
**Cc:** Prasanna Sreedharan; Joao Sidou; Nigel Trent; Jo Taylor
**Subject:** RE: Project Bingham

Hi Julie,

I agree with you on the proposed clean up as a first step before sanctioning an immediate disk upgrade.

For capacity issues occasioned by projects, the following guideline applies.

*All projects that will deliver new services (or expansions of current services) being handed over to us need to consider ongoing costs for the entire lifetime of their deliverables. Those costs need to be assessed and factored into the project budget prior to have the delivery started, so it's fundamental to have some confirmation from the project team by the time we are engaged on whether all ongoing costs have been considered.*

The ASP is hovering just about 80% right now and likely cannot take any additional capacity hence the need to apply the above for the Bingham project. i.e. Current space requirement + estimated organic growth % + 5% of estimated organic growth. We can engage with the project manager on this.

Kind Regards,

Gerald

**From:** Julieta Wong
**Sent:** 07 June 2013 10:12
**To:** Kallol Mondal; Mike Bacon
**Cc:** Prasanna Sreedharan; Joao Sidou; Nigel Trent; Gerald Chelelgo; Jo Taylor
**Subject:** RE: Project Bingham

**Hi Kallol,**

In that case we would need our help to do serious cleanup on the server for now. Please advise how we can work on this.

**Hi Mike,**

May I seek some help from you, to check  what are the big files in the server (the same as what you have provide before) so that we can do  some clean-up again.  Thanks a lot.

Thanks a lot.

## Best Regards,
### Julie C. Wong

**From:** Kallol Mondal
**Sent:** Friday, June 07, 2013 2:52 PM
**To:** Julieta Wong
**Cc:** Prasanna Sreedharan; Joao Sidou; Nigel Trent
**Subject:** RE: Project Bingham

Hello Julie

US1SA6P9 is already over loaded with its current condition. We ran few big reports last week, that took server to 94% ASP. Server was about to go down. We had to immediately delete all files to bring back stability.

Having very less storage space I would recommended to increase hard disk size of the server. Also once project Bingham is fully operational, server has to be monitored very closely in terms of the user action and performance.

Regards
Kallol

**From:** Julieta Wong
**Sent:** Thursday, June 06, 2013 1:13 PM
**To:** Kallol Mondal
**Cc:** Prasanna Sreedharan; Joao Sidou; Nigel Trent
**Subject:** Project Bingham

Hi Kallol,

One question which I need your expert advice about the Project Bimgham is on the JDE requirements around the server space capacity. Considering that there

will an additional entity that will be creating additional transactions, plus with the coming of eForms in the new entity, can you please help assess whether the current disk capacity will be enough for this.

I believe that we were having some disk capacity issues sometime ago already with the current APAC partition and did some clean-up already. With the existing organic growth of the APAC data plus the Project Bingham additional data,   disk capacity may have issues again. Please advise so that we can include in the project the additional space that will be needed by it.

Thanks.

## Best Regards,
### Julie C. Wong

# EXHIBIT 15

**From:** Jo Taylor
**Sent:** Friday, August 16, 2013 3:21 AM
**To:** Tom Reilly
**Subject:** RE: 1:1 TR/JT 15-August-2013

Tom

In addition to these minutes we also discussed your recent email to Steve Miller and your behaviour around excusing yourself from the recent team celebration event.

Whilst I nor the LT would ever force anyone to attend an event, we discussed why I was disappointed by your actions and your reasoning behind those actions.    The event was a perfect opportunity to move forward and spend social time with your team mates and with the LT.   You described your reasoning for excluding yourself was based on being removed from the project and because you were excluded from other team events in the past and that you would have felt uncomfortable and unsafe in that environment.

I reminded you of the reasoning and my recollection of the events prior to you handing over the project, in that you were the sole person on the project and I felt as the Manager that the scale and size of the project required more support from the other team members.   Other team members were engaged and whilst there was some technical differences on approach other team members would have taken (which you did not agree with) the other team members were engaged to effectively take the process you had engineered and designed and take over the "churn" work of the executing of the project.   Meanwhile, in order to meet the other 2012 objectives for the department I asked you to focus on those other objectives of developing an Architectural and Engineering Capability to plug the gaps that you had highlighted in process, documentation and procedures.   This I felt warranted your focus more than the Migration Project which was in execution mode which the rest of the team are and were more than capable of executing.

Whilst you feel differently about this, I cannot and would not want to change that, but the above are the facts and we discussed how you will need to find a way to move forward.   You also mentioned that you felt that you were not rewarded for your efforts on the GDC migration in way of your 2012 bonus.    As discussed and documented in your PDP at the time your IPM is based on 3 elements.   Performance, Development Plans and Behaviours.   Your IPM for 2012 reflected that you partially met these and that more work is required by you on your Development Plans and Behaviours.   I reminded you also that your 2013 bonus will again be measured on these 3 elements and at no point has your technical capability or skills been called into question but in order to attain a 2 rating this year I must see significant improvements in your behaviours which should be aligned to the GSK Core Values and Behaviours we have discussed and documented previously (see email dated 3rd July) and completion of your Development Plans.   I also reminded you at this point that I still have not received your 2013 Q2 PDP which has been outstanding since 3rd July which is <span style="color:red">unacceptable</span>.

We discussed the mediation activities which are due to commence with Susan Tucker.   I reminded you of Megan's comments in that you need to "look in the mirror" and reflect on your own behaviours and actions.   You asked for an example of where you were disrespectful.   The example I gave was your email to Steve Miller and your absence from the team event.   Your email and content showed no respect to me as your Manager and also you mislead me in that your wrote to Steve on the Monday but did not write to me until Tuesday morning that would

you be out of the office on the day of the event.   By excluding yourself from the event you were dis-respectful to your team and the team's achievement of completing all the migrations.  You absence was noted and your actions here do nothing for improving the relationships with your team members.    We discussed this at length and I reminded you that one of the GSK behaviours which we've discussed you need to work on is "Assume others can see what you are doing".    The focus once again came back to Rick.  I reminded you that as your manager and Rick's it is my responsibility to work with Rick, assign him tasks and manage his performance and it is not for you to keep track of that.    I urged you to should stop thinking about what Rick is doing and start to focus on the objectives and plans that I have put in place for you and ensuring that you deliver on those plans.

Finally we discussed your continuing feelings of being "unsafe".    No employee is "unsafe" and GSK policies and guidelines are there to protect every employee.    I have supported you, guided  you and actively sought HR guidance for each and every claim you have made.   HR have now investigated these claims twice and have interviewed others at the GDC and have found that there is no infraction of GSK Policy here.   Therefore you should feel safe in the working environment and that it is my hope that through mediation that you will find a way to work with and accept Rick for who he is, whilst also looking and reflecting on your own behaviour and how that impacts the whole team, whilst I continue to work with Rick on his PDP items the same way I work with you on yours.

In summary now that the investigations have completed and there is a plan to move forward through mediation, it is my express wish that this now draws a close on this year long chapter and that you can find a way to move forward and our conversations can move into a more positive track.  I am, as always, committed to supporting you and providing you with the resources you need to move forward with your development and behaviour plans and that I'm looking forward to seeing you begin to thrive on your objectives and enjoy work again and being part of our team.

Regards

Jo

p.s.  a couple of edits to the minutes below.

*Jo Taylor*
iSeries Service Delivery Manager

 **GlaxoSmithKline, 980 Great West Road, Brentford, TW8 9GS**
Int: 8792 7110| Ext: +44 207 076 7110 | Mob: +44 7825 116148

*The decision to make working together fun is entirely up to you.*
*Choose your Attitude, Be Present, Play, Make Their Day.*
*Fish Philosophy*

_____

**From:** Tom Reilly
**Sent:** 15 August 2013 17:57
**To:** Jo Taylor
**Cc:** Tom Reilly
**Subject:** RE: 1:1 TR/JT 15-August-2013

Jo, Here are the minutes I took from today's discussion.  Tom

    **In Progress:**

1.  BPCS Security Remediation (Priority) – Overview/Strategy meeting to be arranged with Steve Farnden, critical path to be agreed with Businesses, target dates to be provided by APS**[JT]**  I'm looking for you to project manage this activities, secure the resources and lead them through the project.   Target Completion dates need to be set and agreed and monitored and kept and I'm looking to you to provide the oversight, communications plans, monitoring and tracking for this activity.     If you are unable to secure the appropriate, Application Services, or AMS resources then please escalate to me so that I may have a conversation with my peers in AS and AMS to get the appropriate focus on the project.    Also I confirmed that Steve Farnden from our team has been assigned to the project and I'm looking for you to work with him to ensure he knows what needs to be done, when and that you should take this opportunity to talk with Steve and repair relationships and that will need communication and not just a string of emails between you both.

2.  LMT 7.5 Agent Testing (Priority) Will ask Leland to resolve IBM support issue**[JT]   My commitment to Leland is that we will test and install, but Leland is the service owner and any issues and communications with IBM should be through Leland.   We do not have the resources to troubleshoot issues application compatibility problems and protecting production systems should be our focus if the product adversely affect this during testing.**

    **Recently Closed**

1.  iSeries Access 7.1 AIT Support (Publish Service Pack, Find Ownership) – Proposed to Fred Sharp
2.  E1 Daily Backup Problems (Analysis/Recommendations) – Recommendation accepted, Comm Cell item closed
3.  US1SA6P9 Performance (Month End) – No complaints from business, Comm Cell item closed
4.  Migrate Archive servers to XML (Research) – i5/OS has DB2 XML extensions but no DB2 to XML interface
5.  Mod CF Capacity Planning (New Entities) – IBM has been contracted to make capacity/growth/performance recommendations

-----Original Appointment-----
**From:** Jo Taylor
**Sent:** Tuesday, March 13, 2012 7:09 AM
**To:** Jo Taylor; Tom Reilly
**Subject:** 1:1 TR/JT
**When:** Thursday, August 15, 2013 10:00 AM-11:00 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:** OCS

Regular 1:1 meeting

Agenda:

1. Objectives Update
2. Development plan Update
3. Tasks, Issues and Actions

# EXHIBIT 16

Monday, March 12, 2018 at 12:32:17 PM Eastern Daylight Time

**Subject:** JDE EnterpriseOne Application
**Date:** Wednesday, September 11, 2013 at 11:10:30 AM Eastern Daylight Time
**From:** Supriya Patnaik
**To:** Tom Reilly

Tom,

Here is a brief overview of the system and the implications it has on GSK:

JDE EnterpriseOne is an integrated  system chosen by GSK for use for order management and financial services in the  US. It is made up of a number of modules each of which contains screens, data files, reports and programs that are designed for a specific business need e.g., Address Book, Authorization Limits, Purchase Orders, Accounts Payable, General Accounting, Job Costing & Fixed Assets Sales Order Entry and Processing, Inventory Management and Accounts Receivable.

There are also links between JDE and other systems that are key to the successful functioning of the Finance Solutions department e.g., JDE OneWorld, GEMS, eSP, Payroll, PeopleSoft, Savvion, FSR, PCT, EDI, DCMS, GVD, CARS, POINT. Once data is entered into the JDE database it is available in all modules to everyone who has authority to access that information. This means data needs to be entered only once, avoiding data duplication, reducing errors and unnecessary work. It also means that the data should be up-to-date and accurate.

The Revenue  Cycle application processes approximately $100 million dollars in customer orders a day.  The inability to continue operations would result in the loss of a significant business function.

The inability to operate the systems surrounding Sales Distribution could result in the loss of a significant business function.  GSK would be unable to ship or invoice orders of trade product to customers in the US market ($100M/day) . There will be no shipments or invoicing to customers The inability to process and ship orders could also cause an eventual life threatening risk to some patients dependent on GSK products.  There is also a risk that financials might not be reported timely for all US based businesses. Collateral damage would occur, in the form of potential violations of federal, state and local law, and attendant loss of consumer confidence, market share, industry reputation, and shareholder confidence.

Hope this helps.

Supriya

GSK-38

Page 1 of 1

# EXHIBIT 17

**From:** Jo Taylor
**Sent:** Tuesday, October 08, 2013 3:34 AM
**To:** Tom Reilly
**Cc:** Steve Farnden
**Subject:** RE: BPCS Security & RMS Risk Register Remediation Update 2-October

Tom

I'm disappointed by this response.  This activity does not require authority to get results what it does require is for you to **influence** the service owners and work in partnership with them to reach a mutually win-win solution.

I will escalate with their central QRC departments and to the service directors but we must exhaust every avenue of gaining agreement with the service owners first.

As a starter those decentralized service managers who are not even members of the swat team, need to be engaged one to one to explain the risk, the high priority it needs to be given, so that we can start to work with them.

If you give me a list of where you don't have a service owner identified I will fill in the gaps.

Jo.

p.s I'm already booked this afternoon so can't make your rescheduled meeting.  Suggest looking at free time to see when I'm available.

Jo.


**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom
**Email**   jo.x.taylor@gsk.com
**Mobile** +447825116148
**Tel**      +442070767110

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Tom Reilly
**Sent:** 07 October 2013 18:59
**To:** Jo Taylor
**Cc:** Steve Farnden; Tom Reilly
**Subject:** RE: BPCS Security & RMS Risk Register Remediation Update 2-October

Jo, If we're in agreement on the tactical Access Provisioning recommendations and strategic Risk Entry recommendations, I think we should pursue them immediately.  I feel strongly though that arranging individual meetings with as many 16 service stakeholders who are spread out globally and not all centrally managed would be time consuming and premature.  I've already had discussions with most of the Swat team service managers and really have nothing new to discuss so feel another strategy needs to be pursued.  Some of the decentralized service managers are not even members of the swat team and have let it be known that they don't want to discuss the topic.  I don't have the authority to negotiate ownership of security administration between Service Management and Access Provisioning or the leverage to ask they attend Swat meetings or participate in security remediation.  At this point the three of us need to get together to discuss the individual recommendations below in detail and escalate to the appropriate levels within the organization.  I'll send out an invitation.  Tom

**From:** Jo Taylor
**Sent:** Monday, October 07, 2013 10:01 AM
**To:** Tom Reilly
**Cc:** Steve Farnden
**Subject:** RE: BPCS Security & RMS Risk Register Remediation Update 2-October

Tom

As discussed earlier, please arrange a 30 min TC with each Service Owner over the coming week to discuss this with them.   I will also raise with their respective QRC folks to get the appropriate Risk Entries raised against them.

Regards

Jo.

**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom
**Email** jo.x.taylor@gsk.com
**Mobile +**447825116148
**Tel      +**442070767110

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Tom Reilly
**Sent:** 07 October 2013 14:54
**To:** Jo Taylor

**Cc:** Steve Farnden; Tom Reilly
**Subject:** RE: BPCS Security & RMS Risk Register Remediation Update 2-October

Jo, Here are my recommendations.  Tom

**Agreements & Stakeholders:**
Service Management (BPCS/JDE) and Access Provisioning (Priv & non-Priv) formally agree/ document who owns security administration across the fleet
Service directors formally assign missing service managers to security Swat team and make them remediation stakeholders
Service managers provide to Access Provisioning a list of their support staff who they feel require special privileges then register them in PAMS
Steven Jeffrey formally ask service managers to put downward pressure on service managers since upward pressure from APS is not effective
Quality Risk Compliance (QRC), Central Logging & Monitoring (CLM) and non-Privileged APS be brought into the loop and made Swat stakeholders
Change Ownerships/Delegations within PAMS to service management stakeholders so as to provide visibility and require quarterly review

**Access Provisioning:**
Put immediate emphasis on remediation of security specific exceptions so as to prevent further damage and eliminate moving targets
Begin raising Computer Systems Incident Reports (CSIR) to capture future security violations as they occur and to increase visibility
Produce target remediation dates based on tangible goals and Service Management & Access Provisioning decisions/agreements above

**RMS Risk Register Entry Recommendations:**
Create 4 separate RMS Risk Register Entries to spread ownership and remediation responsibilities and to actively engage application service management
1.     BPCS/JDE Security Privileges (*SECADM) – Entry owned and remediation driven by **Access Provisioning** who have a vested interest and are audit accountable
2.     BPCS Object Authority (*ALLOBJ) – Entry owned and remediation driven by **BPCS Service Managers/Directors** whose applications are at risk
3.     JDE Object Authority (*ALLOBJ) – Entry owned and remediation driven by **JDE Service Managers/Directors** whose applications are at risk
4.     System Privileges (*AUDIT, IOSYSCFG, *SERVICE, *SAVSYS) – Entry owned and remediation driven by **AS400 Service Management**

**From:** Tom Reilly
**Sent:** Wednesday, October 02, 2013 11:48 AM
**To:** Jo Taylor
**Cc:** Steve Farnden; Tom Reilly
**Subject:** RE: BPCS Security & RMS Risk Register Remediation Update 2-October

Jo, Here's a BPCS Security Swat Remediation status update.  I suggest a meeting between the three of us to review and determine a way forward.  Tom

**Status:**
All APS security remediation Swat activity has been put on hold until the various BPCS/JDE service managers can be rationalized and servers can be deemed In/Out of Scope
The overall scope of the security and object authority exceptions is much larger than previously thought and is still being rationalized

There are 200+ security and object authority exceptions in need of remediation on the US based servers alone (see previous thread attachments)

Security and object authority exception reports for UK servers are in the process of being generated

Satisfaction of the Risk Entry involves either removal of special privileges and/or allowing the special privileges to remain but registering the user ids in PAMS

Only a fraction of the security (*SECADM) and object authority (*ALLOBJ) exceptions are currently registered in PAMS (total of 12 entries across 3 PAMS Groups per print screens)

Privileged APS are currently in the process of performing Q3 AS400 PAMS reconciliation but not sure how to proceed

Privileged APS will be meeting soon with General Internal Audit (GIA) & Price Waterhouse Cooper (PWC) to review samples

**Remediation Issues:**

Many of the UK based servers were never turned over to Access Provisioning after GMS Europe, Consumer Europe, etc server consolidation per pushback from businesses (See table below)

Access provisioning and security administration on many servers is being performed by non-APS GSK staff

Access provisioning and security administration on some servers is being performed by non-GSK Contingent Workers

Access provisioning have a process in place (PAMS) to Approve/Track exceptions but it's disregarded and exceptions are being created outside of Access Provisioning

Access provisioning sometimes remediate privileged security exceptions only to have someone come along later and reinstate the remediated privileges

Non-APS privileged users can anonymously log on to some servers with privileged user/functional ids and perform access provisioning and security administration

Non-APS privileged users are not being identified and/or held accountable for unauthorized security remediation reversal

Non-APS privileged users performing unauthorized security administration are most likely not trained on Access Management Procedures and/or are not following policy/procedures

Non-APS privileged users, on servers where authorized to perform non-Privileged account provisioning, are also creating additional privileged accounts which crosses a boundary

A question arose as to whether it's even a requirement for non-APS staff performing account provisioning to be registered in PAMS

Privileged APS are understandably reluctant to continue security remediation until understandings are in place so as not to be singled out for causing production problems

**Service Management Issues:**

It was previously unclear to Access Provisioning which service managers owned which applications/servers but a list has been compiled and is being finalized

It was previously unclear to Access Provisioning which service managers should be consulted for particular security remediation which caused production problems

The service managers of some of the US based servers are currently not members of the security Swat team (Gerald Chelelgo, Joseph Chen, Sony Leons, Arun Waingankar)

The service managers of some of the UK based servers are currently not members of the security Swat team (Juergen Groeppner, Klaus-Dieter Buhre, Miguel Angel Pastor-Alvarez)

Application service management does not have a readily available list of staff who are authorized to and require *SECADM privileges to perform account provisioning

Application service management does not have a readily available list of staff who are authorized to and require *ALLOBJ privileges to support business applications

Remediating undocumented privileged user ids can and has caused production problems due to blind spots in visibility

The current RMS Risk Register Entry is owned only by BPCS even though there's a cross application risk on shared LPARs
The processes in place to detect unauthorized security changes is not robust enough to help APS detect/stop the onslaught of newly created exceptions

**Swat Remediation Resources:**
Access Provisioning resources available to perform security analysis/remediation is limited and being stretched
AS400 resource security subject matter expertise needed to assist APS with analysis/ remediation is also limited and stretched
Application service management are understandably reluctant to drive security remediation too hard for fear of causing production problems
Full Swat team meetings have been lightly attended and sometimes non productive so it's difficult to get decisions
RMS Risk Register Entry remediation target dates are being sought but the scope of the security exceptions is too broad to provide an accurate date

**Recommendations to Move Forward:**
Access Provisioning believe that trained APS priv/non-priv staff should be responsible for all Privileged and non-Privileged account provisioning across the fleet
Get agreement between Service Managers (BPCS/JDE) and  Access Provisioning (Priv/non-Priv) as to what servers are APS supported then remove unsupported from Swat scope
Decide whether Access Provisioning or Service Management will do account provisioning and security administration
Get a list from the application service managers of their support staff who they feel require special privileges then register them in PAMS
Access Provisioning should begin raising Computer Systems Incident Reports (CSIR) to capture future security violations and increase visibility
Quality Risk Compliance (QRC), Central Logging & Monitoring (CLM) and non-Privileged APS should be brought into the loop and made Swat stakeholders
Put emphasis on remediation of Security specific exceptions to prevent further damage followed by object authority *ALLOBJ exceptions

**RMS Risk Register Entry Recommendations:**
Create 4 separate RMS Risk Register Entries to spread ownership and remediation responsibilities and to actively engage application service management
1. BPCS/JDE Security Privileges (*SECADM) – Entry owned and remediation driven by **Access Provisioning** who have a vested interest and are audit accountable
2. BPCS Object Authority (*ALLOBJ) – Entry owned and remediation driven by **BPCS Service Managers/Directors** whose applications are at risk
3. JDE Object Authority (*ALLOBJ) – Entry owned and remediation driven by **JDE Service Managers/Directors** whose applications are at risk
4. System Privileges (*AUDIT, IOSYSCFG, *SERVICE, *SAVSYS) – Entry owned and remediation driven by **AS400 Service Management**

Based on decisions above, APS will produce target remediation dates

**Stakeholder Recommendations:**
Jo raised the possibly of escalating to Steven Jeffrey asking Application Service Directors to put downward pressure on Service Managers because upward pressure from APS is not effective

**Current APS UK Support Understanding:**  Much access provisioning work is being performed by non-APS staff

# EXHIBIT 18

**From:** Tom Reilly
**Sent:** Wednesday, October 09, 2013 11:40 AM
**To:** Jo Taylor
**Cc:** Tom Reilly
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

Jo, It was humiliating being verbally threatened by you in my last 1/1, being scolded after taking an Unacceptable extended lunch break for a doctor appointment (after I'd come to work extremely sick for days trying to work through it),  having you express your Disappointment in my security analysis/recommendations in front of Steve then seeing that same work forwarded to senior management unchanged as your own, having you YELL at me in OCS then pasting the same OCS conversation in an email copying Rick.  You regularly send emails pointing out Unacceptable work/behavior on my part, usually involving relative minutia.  You may be unaware that the way you address the entire team in meetings is sometimes threatening and condescending.  I'm now being transparent which may get me in trouble and I could go on but you would say I'm being disrespectful and sending long emails.  I've Never been disrespectful to you or anyone at GSK.  I'm a mature professional adult single father with many personal/professional challenges and I've been doing this job successfully for 29 years (14 at GSK).  I only ask again to be treated with dignity and respect, not as a child.  You've told HR repeatedly that you support me and that I shouldn't feel unsafe.  I continue to feel unsafe partially because of your unprovoked behavior toward me which feels condescending and humiliating.  Our platform as you're aware is experiencing some extremely serious issues that I've been warning about for years and which I'm attempting to stabilize in a professional manner.  The behavior you exhibit toward me is a huge distraction and I'd rather concentrate on important GSK business like global fleet performance and security.  All I want is to be treated with dignity and respect and that's not how it feels.  The conversation below involves a service which supports $150 million per day and I'm being asked 3 days in advance to make recommendations so I'm going to apply due diligence.  I've been involved in NAPIT escalations and they're not pretty so care needs to be taken to get it right.  That involves gathering real numbers, not just having a talk.  Tom

**From:** Jo Taylor
**Sent:** Wednesday, October 09, 2013 10:49 AM
**To:** Tom Reilly
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

Tom

The intention was not to humiliate you but to be transparent on what my request was to you and how Rick will need to engage with you also.

Jo.

**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom
**Email**  jo.x.taylor@gsk.com
**Mobile** +447825116148
**Tel**    +442070767110

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Tom Reilly
**Sent:** 09 October 2013 15:42
**To:** Jo Taylor
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

I'm not sure why you've been treating me like over the past two weeks.  It's condescending and humiliating.

**From:** Jo Taylor
**Sent:** Wednesday, October 09, 2013 10:24 AM
**To:** Tom Reilly; Rick Oberholzer
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

## Tom

## As per my OCS below

Tom
That is not what I said in the meeting
What I said was TALK to Rick about what is happening with KOPS3 and the OS Upgrade and what resources are changing as a result of the OS upgrades. ALso to talk to him about what resources are available left to be deployed so that we can establish if we need more infrastructure as a result of the Solutions Design
Please TALK to him.

**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom
**Email**   jo.x.taylor@gsk.com
**Mobile**  **+**447825116148
**Tel**     **+**442070767110

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Tom Reilly
**Sent:** 09 October 2013 15:20
**To:** Rick Oberholzer
**Cc:** Jo Taylor; Mat Crovitz; Angela Tokarski; Tom Reilly
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

Rick, Jo indicated in a meeting this morning that you have performance information relevant to the E1 solutions design.  Can you forward that information please?  Thanks…..Tom

**From:** Jo Taylor
**Sent:** Wednesday, October 09, 2013 2:55 AM
**To:** Mat Crovitz; Angela Tokarski
**Cc:** Tom Reilly; Rick Oberholzer
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

Hi Mat

I'll need to get Tom and Rick to look at this.  From what I've read in the BRS there probably isn't enough information.

What we will need are some estimates on the following:

1.    Projected Data Growth as a result of the project
2.    Projected no of transaction growth
3.    Project growth in Batch Processing.
4.    Project growth in number of users.


Rick/Tom  This is for the Flu Retail Pharmacy project they anticipate a significant ramp-up in order volumes being processed in E1 (Summer 2014) and we need to establish what capacity increases we will need to get in order for the KOPSA3* system to cope this.  Solution Design (Mat) will need an estimate of costs quickly in order that SG2 can be met on 17th October.   Please review and contact Amit/Angela direct if you have any questions and respond to all with your recommendations no later than **<span style="color:red">COB Friday 11th October</span>**.

Thanks

Jo.


**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom
**Email**  jo.x.taylor@gsk.com
**Mobile** +447825116148
**Tel**     +442070767110

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Mat Crovitz
**Sent:** 08 October 2013 20:27
**To:** Angela Tokarski: Jo Taylor
**Subject:** RE: Your Submitted Solutions Design Request (ID SDR81080)

Jo – Can you click on the link below, look at what is in the "Questionnaire" tab, and tell me if between what's there, and what you know, you will be able to provide the costs back, including any resource costs required? If so, I'll assign the SDR to me, pending the costing information back from your team.

**To review your request please use the following link - SDR81080**


**From:** Angela Tokarski
**Sent:** Tuesday, October 08, 2013 11:42 AM
**To:** Mat Crovitz
**Subject:** FW: Your Submitted Solutions Design Request (ID SDR81080)

Mat,

FYI.  I reviewed the solution design and doesn't have much detail at this point… Asked Amit to add the Bus Requirements and basically state the purpose of the design which is to obtain quotes to resize the environment based on recommendations from IBM.  Jo already has a heads-up about this.

Angela




**Angela Tokarski**
**Manager, BP North America**
EIS Business Partners
CBS IT Services

**GSK**
5 Crescent Drive, Philadelphia, PA 19112, United States
**Email**   angela.j.tokarski@gsk.com
**Tel**      +1 215 751 3759

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Amit Joshi
**Sent:** Tuesday, October 08, 2013 11:33 AM
**To:** Angela Tokarski
**Cc:** Jo Taylor
**Subject:** FW: Your Submitted Solutions Design Request (ID SDR81080)

**From:** Infrastructure.solutions@gsk.com [mailto:Infrastructure.solutions@gsk.com]
**Sent:** Tuesday, October 08, 2013 11:22 AM
**To:** Amit Joshi
**Subject:** Your Submitted Solutions Design Request (ID SDR81080)

Your Solutions Design request is Submitted.
**Do not respond to this email, it is from a system generated send-only mailbox and will not be received.**
**To review your request please use the following link - SDR81080**
**NEXT STEPS**
     1. Your submitted request will be reviewed by a Solutions Design architect and a resource assigned.
     2. The assigned architect will work with you to agree the appropriate infrastructure to meet your requirements.
     3. A design pack will then be created by your Solutions Design Architect with the agreed infrastructure components; this will then be sent to the appropriate EIS service owners for approval.
     4. Once your Solutions Design is approved the **project manager** for this project must ensure that the Clarity entry is marked as GATE 2 approved before the Solutions Design order buttons become active.
**Getting help**
    1. Please contact your Business Partner (BP) representative should you need any further assistance.
    2. Understanding the Infrastructure Solutions Tool (IST) process
    3. We strongly recommend that you review the Application Performance Wiki
    4. For more help search IT Help for keywords such as: Oracle; SQL Server; VMWare.

# EXHIBIT 19

**Progress Report for Week Starting 11/25/2013**

**Monday (0:00 am to 0:00 pm)**
1. Worked from home.
2.

**Tuesday (0:00 am to 0:00 pm)**
1. Attended 1:1 TR/JT with Jo.  Agreed to disagree on almost everything we discuss regarding performance, security, quality and communications.  I told her again that Malaysia was I/O unstable due to Uncapped Processors and that workload shouldn't be added w/o intervention.  She didn't disagree but the subject dropped and Rick will continue adding disk to that and other servers.
2. Noticed that password synchronization to the KOPSA3P* servers was not working which was caused by KOPSA3P1 port from Power6 to Power5.
3. Contacted by NAPIT regarding KOPSA3P1 OneWorld performance degradation.  Conducted a performance analysis of KOPSA3P1 after moved from Power6 to Power5 and shared with NAPIT.
4. Provided Steven Jeffrey with PDP feedback for Jo Taylor as requested.

**Wednesday (0:00 am to 0:00 pm)**
1. Attended BPCS Security Swat meeting with Steve and Mariusz.
2. Reviewed performance on KOPSA3P1 and KOPSA3P3.

**Thursday (0:00 am to 0:00 pm)**
1. Thanksgiving Holiday.

**Friday (0:00 am to 0:00 pm)**
1. Thanksgiving Holiday.

GSK-36