# EXHIBIT 20

| | |
|---|---|
| **From:** | Tom Reilly |
| **Sent:** | Friday, January 31, 2014 1:06 PM |
| **To:** | Jo Taylor; Daniel Mong; Mike Bacon; Rick Oberholzer; Steve Farnden |
| **Cc:** | Tom Reilly |
| **Subject:** | RE: Outsourcing Business Case |

Hi Jo, Will we, via the on-line procurement tool, be able to review the RFP in its entirety and in context or will you be gathering snippets from the RFP and presenting them in another form? Also, the RFP process has been going on now for more than a half year but I've not been approached on even a single occasion and asked to contribute. Is that the case only with me or has everyone but me been asked to contribute? Having (as did others) played a large role in building, automating and managing the service over the past 14+ years, I initially assumed my feedback would be valued and sought after so am surprised to have reached this point having provided no input.

**Tom Reilly**
**Sr Consultant**
EIS EST
CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
**Email** Tom.Reilly@gsk.com
**Tel** +1 610 962 1836

gsk.com | Twitter | YouTube | Facebook | Flickr



do more
feel better
live longer

---

**From:** Jo Taylor
**Sent:** Thursday, January 30, 2014 10:45 AM
**To:** Tom Reilly; Daniel Mong; Mike Bacon; Rick Oberholzer; Steve Farnden
**Subject:** RE: Outsourcing Business Case

Tom

The RFP is an on-line procurement tool however I will be able to share the description of services, deliverables, and service levels that were put into the tool

Jo.

**Jo Taylor**
**Mgr Service Delivery iSeries**
EIS EST
CBS IT Services

**GSK**
Stockley Park West, 1-3 Ironbridge Road, Uxbridge, Middlesex, UB11 1BS, United Kingdom

GSK-2

CONFIDENTIAL

Email jo.x.taylor@gsk.com
Mobile +447825116148
Tel +442070767110

gsk.com | Twitter | YouTube | Facebook | Flickr

<< OLE Object: Picture (Device Independent Bitmap) >>

**From:** Tom Reilly
**Sent:** 30 January 2014 14:51
**To:** Jo Taylor; Daniel Mong; Mike Bacon; Rick Oberholzer; Steve Farnden
**Cc:** Tom Reilly
**Subject:** RE: Outsourcing Business Case

Hi Joe, Are the Outsourcing Business Case and the Request For Proposal (RFP) one in the same or are they separate documents? If they're separate documents, can we for the sake of transparency also review the RFP (both the original and current form) to understand the contents, the rationale for arriving at the content and the services/responsibilities that are being proposed to be outsourced to the vendor?

**Tom Reilly**
**Sr Consultant**
EIS EST
CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
Email Tom.Reilly@gsk.com
Tel +1 610 962 1836

gsk.com | Twitter | YouTube | Facebook | Flickr

<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Appointment-----
**From:** Jo Taylor
**Sent:** Thursday, January 30, 2014 6:17 AM
**To:** Jo Taylor; Daniel Mong; Mike Bacon; Rick Oberholzer; Steve Farnden; Tom Reilly
**Subject:** Outsourcing Business Case
**When:** Friday, February 07, 2014 10:00 AM-11:00 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:** LM

Presenter URL: << OLE Object: Picture (Device Independen

https://www.livemeeting.com/cc/meetgsk1/join?id=SN3427&role=present&pw=fb%22X*H%2CX5

CONFIDENTIAL

GSK001536



&lt;&lt; OLE Object: Picture (Device Independent Bitmap) &gt;&gt;
&lt;&lt; OLE Object: Picture (Device Independent Bitmap) &gt;&gt;
Attendee URL: &lt;&lt; OLE Object: Picture (Device Independent Bitmap) &gt;&gt; https://www.livemeeting.com/cc/meetgsk1/join?id=SNJ4Z7&role=attend&pw=4%60t%3Dd%2F%264W

Following feedback from 1:1 with Steve Miller, I understand that you have asked questions regarding having access to the business case financial model used for the Outsourcing proposal.

I'm happy to share this information with you and answer your questions, but must ask that due to the fact that a business decision and commercial terms are not yet agreed that none of this information is shared outside of this team. I'd also ask that no screenshots are taken during the Live Meeting due to the confidentiality of this.

Thanks

Jo

CONFIDENTIAL

GSK001537

# EXHIBIT 21

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

- - -

THOMAS REILLY,           :   NO. 17-2045

     Plaintiff,        :

  vs.                    :

GLAXOSMITHKLINE, LLC,    :

     Defendant.        :

- - -

Friday, January 18, 2019

- - -

DISCOVERY DEPOSITION of HENRY BOLTON, taken at Reed Smith, LLP, Three Logan Square, 1717 Arch Street, Suite 3100, Conference Room D, Philadelphia, Pennsylvania, commencing at 1:04 p.m., before Gina E. Scheetz, Registered Merit Reporter, Certified Realtime Reporter, a New Jersey Certified Court Reporter, a Delaware Certified Court Reporter, Certified LiveNote Reporter, Licensed CaseViewNet Realtime Provider, an iCVNet Certified Reporter and Notary Public.

- - -

ZANARAS REPORTING & VIDEO
Registered Professional Reporters
1845 Walnut St., Suite 938     2112 Bay Avenue
Philadelphia, PA 19103         Ocean City, NJ 08226
(215) 790-7857   1-877-GO-DEPOS

```
 1    COUNSEL APPEARED AS FOLLOWS:
 2            POLLINS LAW
              BY:  SCOTT POLLINS, ESQUIRE
 3            303 West Lancaster Avenue
              Suite 1C
 4            Wayne, Pennsylvania 19087
              610.896.9909
 5            E-mail:  scott@pollinslaw.com
                       tashell@pollinslaw.com
 6               Representing the Plaintiff
 7
              REED SMITH, LLP
 8            BY:  BETTY S. W. GRAUMLICH, ESQUIRE
              BY:  ANNE E. ROLLINS, ESQUIRE
 9            Riverfront Plaza - West Tower
              901 East Byrd Street
10            Suite 1900
              Richmond, Virginia 23219-4068
11            804.344.3456
              E-mail:  bgraumlich@reedsmith.com
12                     arollins@reedsmith.com
                 Representing the Defendant
13
                          - - -
14
      ALSO PRESENT:
15
              ELIZABETH FEENEY,
16               GlaxoSmithKline, LLC
17            THOMAS REILLY
18                        - - -
19
20
21
22
23
24
```

```
                                                          Page 3
 1                         I N D E X

 2     WITNESS                                            PAGE

 3     HENRY BOLTON

 4         By Mr. Pollins                                  5

 5                          - - -

 6                       E X H I B I T S

 7                          - - -

 8     NUMBER             DESCRIPTION                    MARKED

 9     GSK 55      E-mail String, 4 pages                  88

10     GSK 56      2-page Document                         92

11     GSK 57      Document entitled                       98
                   "Notes from mtg of
12                 6 May.txt"

13     GSK 58      Document entitled                      101
                   "iSeries/AS400
14                 Outsourcing," Confidential

15     GSK 59      Document entitled "Risk                105
                   Assessment of iSeries
16                 Remote Support,"
                   Confidential
17
       GSK 60      3-page Document                        115
18
       GSK 61      Document dated 3/9/15                  121
19
                            - - -
20

21

22

23

24
```

Page 4

1                    - - -

2          DEPOSITION SUPPORT INDEX

3                    - - -

4   Direction to Witness Not to Answer

5   Page Line    Page Line       Page Line

6   None

7

8   Request for Production of Documents

9   Page Line    Page Line       Page Line

10  None

11

12  Stipulations

13  Page Line    Page Line       Page Line

14  None

15

16  Question Marked

17  Page Line    Page Line       Page Line

18  None

19

20

21

22

23

24

Page 5

1                      - - -
2              HENRY BOLTON, having been duly
3      sworn, was examined as follows:
4                      - - -
5              MADAM REPORTER:  And the
6      witness will read and sign; correct?
7              MS. ROLLINS:  Yes.
8              THE COURT REPORTER:  Thank
9      you.
10  BY MR. POLLINS:
11         Q    Please state your full name.
12         A    Henry Jacob Bolton.
13         Q    And, Mr. Bolton, you live in
14  the U.K.?
15         A    I do.
16         Q    We're here today for something
17  called a deposition.  Have you ever done a
18  deposition before?
19         A    I have not.
20         Q    What I'm gonna be doing is I'm
21  gonna be asking you a series of questions.
22  You're going to give answers.
23              If I ask you a question and
24  you don't hear what I say, let me know and

Page 12

1   A   I don't think you could see
2   them all, no.
3   Q   Okay.  What was the job that
4   you had before Director of Service Delivery?
5   A   So I think it would have been
6   leading the AS/400 team and -- yeah, I think
7   that's right.
8   Q   How long were you leading the
9   AS/400 team for?
10  A   Jo departed, I believe, around
11  about March of '14, 2014, and then returned
12  about a year later.  I think maybe a touch
13  less than that I think I transitioned out in
14  maybe February of '15.  My memory isn't
15  necessarily gonna give us exact dates, but
16  it's something like that.
17  Q   What were you doing before you
18  were leading the AS/400 team?
19  A   I can't recall exactly.
20  Q   What's your highest level of
21  education?
22  A   A degree.
23  Q   In what discipline?
24  A   Economics.

1   happening, did it?
2       A       It happened in some cases.
3       Q       Okay.
4       A       It didn't happen everywhere.
5   Business priorities moved around.
6       Q       All right. By the time you
7   signed this, Blue Chip was already the
8   winner of the outsourcing; correct?
9       A       That would have been correct.
10  This was signed in June, wasn't it?
11  (Reviewing.) Yeah. So, yes.
12      Q       Above the rationale for the
13  proposal part that I asked you to read, it
14  says, "The finance systems are subject to
15  Sarbanes-Oxley regulations."
16              Do you see that?
17      A       I do.
18      Q       The finance systems would
19  include the AS/400s that were running the
20  financial systems servers; correct?
21      A       Yes.
22      Q       Okay.
23              MR. POLLINS: GSK 60.
24              MADAM REPORTER: Sure.