# EXHIBIT 22

# Tom Reilly

| | |
|---|---|
| From: | Henry Bolton |
| Sent: | Tuesday, April 01, 2014 7:52 AM |
| To: | Tom Reilly |
| Cc: | Jo Taylor; Steven Jeffrey |
| Subject: | RE: Handover summary |

Hi Tom,

Thanks very much for the detailed information provided below.
I have read it all and it does indeed raise a few questions in my mind. I believe the next step should be for us to meet to talk through the keys points made below; to attempt to get me up to speed over email would be slow and painful I feel. We have a 1:1 this week, so let's please dedicate a significant part of our meeting to this topic.

Many thanks,
Henry


**Henry Bolton**
iSeries Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here


GSK
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom
**Email**  henry.j.bolton@gsk.com
**Tel**  +44 208 047 7773

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr


do more
feel better
live longer


**From:** Tom Reilly
**Sent:** 31 March 2014 14:25
**To:** Henry Bolton
**Cc:** Jo Taylor; Steven Jeffrey; Tom Reilly
**Subject:** FW: Handover summary

Hi Henry, It appears that you may in fact not be fully aware of all the details related to security and performance so I'll provide background to synchronize our understanding of the issues. I understand that Jo has been busy but to not hand over two extremely serious unresolved items which dominated my time in 2012/2013 is an oversight that I think needs to be addressed. Since we're approaching the end of the runway for Jo's extended leave departure, I've copied her for the sake of transparency and to ensure accuracy.

In regards to performance, the issues are extremely complex and have transmuted over time so are not easily summarized. There are different variations of the problems across the fleet which muddies the water even further and we have no tools to easily provide the metrics you're requesting so I'd have to go through dozens of emails to compile a summary. We long ago received clear recommendations from IBM US/UK and Sirius that Uncapped processors is not

1

supported on V5R4 and that it should be disabled immediately. Server stability and predictable/acceptable performance have been restored to a handful of servers by virtue of Capping the processors then tuning memory, work management, etc but I continue to observe CPU and I/O instability in the performance data of Uncapped servers and we regularly receive performance related tickets and complaints. It's only a matter of time in my opinion before we experience another performance related business interruption and escalation. I can certainly provide additional detail and dust off my performance stabilization recommendations but the larger issue of whether to even Capp the processors needs to first be addressed. This handover gap also creates the exposure of me working performance issues with one hand tied behind my back and you getting blindsided by escalated performance incidents or client inquires as per Joao and Gerald during last week's regional apps service review meeting. I've been groomed over the past two years to listen passively while inaccurate information is given to the businesses but I don't feel comfortable anymore sitting quietly as issues are stated inaccurately or facts are withheld. I think Jo as the incumbent service manager fully aware of these issues is in a better position to provide the current position based on her recent conversations on the topic with IBM UK.

In regards to security, I worked almost exclusively on this over the past year having been tasked in 2013 with leading the effort to remediate what started out as a serious Latam production incident but which developed into a level 1 audit finding, highly weighted RMS risk entry and security swat remediation team. After working on this for months without getting traction, I eventually proposed dividing the risk/remediation into 4 separate RMS entries as a strategic recommendation to break the AS/APS log jam, streamline the remediation effort, expedite closure of the RMS entry and achieve compliance. My reason for proposing the multiple RMS entry strategy was to break the work into smaller tangible pieces focusing AS400 service management, APS and individual AS managers on specific remediation tasks while working under the oversight of AS400 service management and the service owner. The multiple RMS entry proposal was ultimately shared with and embraced by senior ITHS, APS, AS and QRC but I'm not sure that the sheer magnitude of the exposures was every shared which may have grabbed senior AS and QRC attention forcing their hand to take a more active role in remediation. The intention of my multiple RMS entry proposal was always for the AS400 service owner to maintain oversight via the swat team and drive remediation as opposed to relieving AS400 service management of any responsibility which is what appears to have happened. Again this was my previous understanding and the basis of the 2013 security swat remediation strategy so I'm not saying it's correct but running it past you for purposes of sanity check.

This change to the AS400 service management remit regarding security remediation came as a total surprise to me and is different from the understanding I've worked under at GSK for the past 15 years. My understanding of policy has always been that the AS400 service owner is responsible for oversight of their platform and of ensuring that the shared services supporting the server such as AS and APS are compliant. I discovered by accident after a February meeting with Access Provisioning that the swat team was dissolved and security remediation now sits with the applications teams with Access Provisioning to work with the AS service owners and us on point to assist as and when they require our input. Additionally we're not accountable for application level security, which makes sense, but only to ensure that system security at a hardware and OS level is secure, managed, tracked. Even if this is the case, system security at the hardware and OS level has Not been fully secured and there remain exposures which transcend the boundaries of application and system security. While I understand how AS are ultimately responsible for driving remediation of application *ALLOBJ special authorities, dozens if not hundreds of these privileged authority exceptions exist across the global fleet which I assumed the AS400 service owner would at least require be identified by AS/APS and registered in PAMS. I continue to believe that remediation of *SECADM special authorities, especially to non-GSK employees, is something that should be owned by APS but driven by AS400 service management who have the subject matter expertise and a vested interest as the service owner.

Access Provisioning called a meeting in February to restart security swat activities and it was only after that meeting that I even became aware of our new remit regarding remediation participation and obligations. This puts me in an extremely awkward position when these folks seek my consultancy so someone should at least formally notify AS, APS, QRC of our new remit and of the fact that the swat team has been dissolved so they can move forward without us. The folks in Access Provisioning are GSK security generalists as opposed to dedicated AS400 security subject matter experts so are not capable of remediating this without our assistance. Full remediation and compliance would take months of dedicated effort on the part of AS, APS and AS400 service management as opposed to occasional consultancy on our part. Internal AS400 security subject matter expertise will no longer exist after the service is outsourced so these exposures and risks will ultimately

become permanent fixtures and compliance will most likely never be achieved. I'm further confused because you as the new AS400 Service Owner were recently changed to be the Owner/Delegate of the various PAMS groups meaning you're now tasked with quarterly reviews of privileged user ids which seems contradictory to this new remit. This puts you in an awkward position, especially being unaware of the extent of the security situation, because there are dozens if not hundreds of *SECADM/*ALLOBJ exceptions on your service but only a dozen or so PAMS entries for you to review which is a huge gap. I'll obviously honor whatever direction/obligations/remits that are decided regarding performance and security and am only seeking clarity and guidance to allow us to get off to a good start and to prevent either of us from being further blindsided.

**Tom Reilly**
**Sr Consultant**
EIS EST
CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
Email   Tom.Reilly@gsk.com
Tel     +1 610 962 1836

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Henry Bolton
**Sent:** Tuesday, March 25, 2014 2:20 PM
**To:** Tom Reilly
**Cc:** Steven Jeffrey
**Subject:** RE: Handover summary

Hi Tom,

Thanks very much for providing this detailed information. As I mentioned in our 1:1 today, Jo has understandably had a very busy last few weeks so it was never going to be feasible to hand over everything.

I need time to digest all the information you have provided however, at this stage, I understand from email on which I have been copied, that the security issue resolutions now sit with the applications teams, with us on point to assist as and when they require our input. I also understand that the risks are captured in the RMS tool. It is possible that I have not aware of all the details, so if you believe my current understanding to be incorrect, let's please discuss.

With respect to performance issues, could I please ask that you send me a simple table highlighting our top x production LPARs that give cause for concern. Specifically I would be interested to see facts and data on history of failure and predicted failure (by use of system metrics). That should provide a good framework within which we can couch a discussion.

Many thanks,
Henry

**Henry Bolton**
Series Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here

**GSK**
Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom
**Email** henry.j.bolton@gsk.com
**Tel** +44 208 047 7773

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Tom Reilly
**Sent:** 25 March 2014 15:13
**To:** Henry Bolton
**Cc:** Steven Jeffrey; Tom Reilly
**Subject:** RE: Handover summary

Hi Henry, See the attached regarding the status of Performance and Security on the AS400 server fleet which I'm surprised was not part of the handover and you seem unaware of. From a performance standpoint, I've been warning in no uncertain terms that the lights are and have been flashing red on many of the production servers, some of which are completely CPU and I/O unstable and have experienced serious disruptions. From a security standpoint, the platform is a train wreck and nowhere near compliant so auditors would have kittens if they became aware of the detail. I spent the better part of the past 2 years attempting to remediate these performance and security issues and had a solid plan for each but no support. I continue to be put in an awkward position when Claudia requests security consultancy as she did last week and/or when Joao requests a performance status update as he did in last week's service review meeting. I got
    d recently that we'll soon be going through an unusually intense audit so would need guidance if that materializes.

**Tom Reilly**
**Sr Consultant**
EIS EST
CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
**Email** Tom.Reilly@gsk.com
**Tel** +1 610 962 1836

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Henry Bolton
**Sent:** Saturday, March 22, 2014 8:12 AM
**To:** Tom Reilly; Rick Oberholzer; Daniel Mong; Mike Bacon; Steve Farnden
**Subject:** Handover summary

Hi team,

    ther to my action in the team meeting, here is a summary of the handover items Jo and I covered over the last few weeks:

4

GSK-29

- Review of key customer groups
- Overview of key applications hosted on platform
- Overview of LPARs
- Overview of backup and DR approach
- Reporting - metrics and monthly report for EIS management and customers
- Finances (unit costing, Gartner benchmark)
- Remedy
- Chameleon
- Team objectives (as per PDPs).

We have of course covered some additional items in 1:1s: specifically in flight activities by team member.

If there are things that I may not know about that you think I should ☺, please let me know in our 1:1s, or by posting to the team meeting agenda.

Many thanks and have a great weekend.

Cheers,
Henry

**Henry Bolton**
iSeries Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here

**GSK**
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom
**Email**   henry.j.bolton@gsk.com
**Tel**   +44 208 047 7773

gsk.com | Twitter | YouTube | Facebook | Flickr



do more
feel better
live longer