# EXHIBIT 23



**From:** Henry Bolton
**Sent:** Wednesday, June 18, 2014 11:40 AM
**To:** Tom Reilly
**Subject:** RE: IPT_BISON

Hi Tom,

Thanks for your email.
As we have discussed, I value your view and indeed agree that we are not where we would ideally want to be. However it is what it is, and with a view to transition operational management and support to Blue Chip over the coming months, it does not seem appropriate to kick off a remediation effort.
Your view on this matter has not influenced any decisions that I am aware of, regarding career. Quite to contrary, I look for you and the team to put forward views and engage in professional discussion (which by its very nature will sometimes include disagreement).

Having said this, what I am looking for here, is a pragmatic assessment of the systems listed, in view of the variables that we can review, e.g. storage, response time, paging, etc, so see if any raise any red flags. I fully appreciate that the assessment will be limited by the constraints within which we are currently operating.
The aim here is to provide a degree of confidence (or otherwise) to Judy and her team. I will caveat our response with the fact that it is not clear what resources the testing she mentions will need/use and as such the assessment is based on whether we see any red flags currently.

Is this something you can assist me with?

Thanks,
Henry


**Henry Bolton**
iSeries Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here


**GSK**
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom

**Email** henry.j.bolton@gsk.com
**Tel** +44 208 047 7773

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Tom Reilly
**Sent:** 18 June 2014 15:17
**To:** Henry Bolton
**Cc:** Tom Reilly
**Subject:** RE: IPT_BISON

Hi Henry,

Based on the detailed performance analysis, risks and recommendations I've already shared, I'm a little surprised at being asked to conduct another performance assessment. Some of these servers are already I/O unstable and the relationship between additional workload and resource utilization is not linear on uncapped servers so there's no way to accurately capacity plan or predict the knee of the performance curve. A performance assessment can be performed on the capped processor servers but must be done during month end peak processing for accuracy.

I've been on record in no uncertain terms since Jo took over the service that the US AS400 fleet is I/O unstable but all of my warnings and recommendations were disregarded and the problems and tickets were instead covered up. Uncapped processors is discouraged by both IBM and Sirius who have no V5R4 customers running this configuration. Regardless of that, it was recklessly and unjustifiably enabled by Rick across the US based fleet and no capacity planning or performance analysis/tuning was even done on the Boronia LPARs during migration so there's no baseline. We've experienced CPU and I/O instability which have brought some services to their knees and we've also spent hundreds of thousands of dollars on unnecessary hardware upgrades. Undocumented and extremely irresponsible memory configuration changes were also put in place to address the uncapped processor I/O performance symptoms but have only made the instability worse.

I communicated this in detail when you took over the service, when asked directly in a service review meeting with Joao and Gerald after Jo deflected their

questions and most recently in last week's team meeting. The I/O instability situation and my recommendations haven't changed so I don't know what else to add other than dust off and attach my previous correspondence. I was asked last year by Jo to make similar MD&A expansion Solutions Design recommendation but she consciously disregarded my warnings and deferred to someone else within the team willing to blindly sign off on expansion. That expansion resulted in performance problems as I predicted but Jo went on to be dishonest with the businesses by covering it up and instead recommending additional hardware upgrades. If I were to again provide my honest assessment and recommendations, I have no credibility and I have an expiration date well before anything can be done to remediate the risk.

I took steps to cap some of the servers but was a direct target of hostility and blame when it was initially done incorrectly by Rick which caused equally severe performance problems which were also covered up with root cause being withheld from the businesses. I feel my SME expertise and feedback has no credibility and have been told the risk to remediating uncapped processors now outweighs the benefit in light of outsourcing so am not sure what will come of an assessment. This issue has cost me my career at GSK and I just want to serve out my remaining time without controversy and further harassment so believe that this performance assessment should be sought out from someone else on the team. My opinion is in the minority which doesn't make it wrong but the performance opinions and recommendations of others were accepted over mine and they'll be remaining with the company longer than myself so accountable for such an assessment.

Very respectfully,

**Tom Reilly**
**Sr Consultant**
EIS EST
CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
**Email**   Tom.Reilly@gsk.com
**Tel**      +1 610 962 1836

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Henry Bolton
**Sent:** Wednesday, June 18, 2014 9:01 AM
**To:** Tom Reilly
**Subject:** RE: IPT_BISON

Hi Tom,

Can you please provide me with an update on this today?

Thanks,
Henry

**Henry Bolton**
iSeries Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here

**GSK**
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom
**Email**   henry.j.bolton@gsk.com
**Tel**      +44 208 047 7773

gsk.com   |   Twitter   |   YouTube   |   Facebook   |   Flickr



**From:** Henry Bolton
**Sent:** 13 June 2014 07:56
**To:** Tom Reilly
**Subject:** FW: IPT_BISON

Hi Tom,

Can you please conduct a performance assessment on the servers listed below? Based on the limited information provided, I would suggest considering CPU, storage capacity and perhaps memory; would you agree?
Clearly without knowing exactly what will be tested, it is hard to know how thorough to make the assessment; I would suggest a pragmatic approach in this regard.

Please provide me with an update by CoB Monday.

Thanks,
Henry

**Henry Bolton**
iSeries Service Manager, IT Hosting Service Management
CBS IT Services

LiveMeeting Room - Meet Me Here

**GSK**
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom
**Email**   henry.j.bolton@gsk.com
**Tel**     +44 208 047 7773

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



do more
feel better
live longer

**From:** Judith Reilly
**Sent:** 12 June 2014 13:10
**To:** Henry Bolton
**Subject:** FW: IPT_BISON

Hi
I was wondering if you could look at the list of servers and let me know if any of these servers raise a red flag as the project team is assuming they can use these servers for testing. I am more worried that during month end close, there might be a capacity issue. If all of these servers are running well under targets then I'd feel more comfortable

Regards,
Judy Reilly

---

**Judith Reilly**
**Service Director**
AS GSF US
CBS IT Services

**GSK**
2301 Renaissance Boulevard, King of Prussia, PA 19406, United States
**Email**  Judy.Reilly@gsk.com
**Tel**    +16107873035

gsk.com | Twitter | YouTube | Facebook | Flickr



**From:** Ajay Dagar
**Sent:** Wednesday, June 11, 2014 9:11 AM
**To:** Judith Reilly
**Cc:** Horst Kiesewalter; Kallol Mondal
**Subject:** RE: IPT_BISON

Hi Judith,

Below is the list of all the servers where we are suppose to test for BISON code. In most of the servers we have separate environments for different countries like different LATAM countries use the same server as KOPSA1P2.CORPNET2.COM.

Just to inform that we will be refreshing only the data and not the soft codings like World writers, dream writers and FASTR reports as we have created new set up's for BISON which should not be replaced with the production data.

**Server**
KOPSA1P1.CORPNET2.COM
KOPSA1P2.CORPNET2.COM
KOPSA1P6.CORPNET2.COM
KOPSA1P7.CORPNET2.COM

KOPSA1P8.CORPNET2.COM
KOPSA1P9.CORPNET2.COM
US1SA6P2.CORPNET2.COM
US1SA6P3.CORPNET2.COM
US1SA6P4.CORPNET2.COM
US1SA6P5.CORPNET2.COM
US1SA6P7.CORPNET2.COM

Regards,
Ajay Dagar

**From:** Judith Reilly
**Sent:** 11 June 2014 13:23
**To:** Ajay Dagar
**Cc:** Horst Kiesewalter; Kallol Mondal
**Subject:** Re: IPT_BISON

Hi
I just need server names and then I can check how the server is performing to whether testing will impact production

Sent from my iPhone

On Jun 11, 2014, at 6:38 AM, "Ajay Dagar" <ajay.x.dagar@gsk.com> wrote:
Hi Horst/Judith,

Will send you the list for all the development environments we are using for development and testing. I hope that information will be sufficient to answer the below question or shall I provide some additional information as well?

Regards,
Ajay Dagar

**From:** Horst Kiesewalter
**Sent:** 11 June 2014 08:04
**To:** Ajay Dagar
**Cc:** Kallol Mondal; Judith Reilly
**Subject:** FW: IPT_BISON

Hi Ajay,

Plaintiff0000080

please answer the questions from Judy below.

Thanks a lot

Regards
Horst

**From:** Judith Reilly
**Sent:** Dienstag, 10. Juni 2014 21:06
**To:** Horst Kiesewalter
**Cc:** Mark Roy
**Subject:** RE: IPT_BISON

Hi
In talking to my service managers, there are 3 areas of concern in providing this:
- Spare resources to do the work (but I already talked about this)
- For the server where you have your development environment, do we have capacity concerns?
- For the server where you have your development environment, do we have CPU concerns?

If you can tell me where your development environments are which you will use for testing, then I can validate whether there are capacity or CPU concerns.

Regards,
Judy Reilly

---

**Judith Reilly**
**Service Director**
AS GSF US
CBS IT Services

**GSK**
2301 Renaissance Boulevard, King of Prussia, PA 19406, United States
**Email**  Judy.Reilly@gsk.com
**Tel**     +16107873035

gsk.com | Twitter | YouTube | Facebook | Flickr

**From:** Horst Kiesewalter
**Sent:** Thursday, June 05, 2014 8:32 AM
**To:** Judith Reilly
**Cc:** Mark Roy
**Subject:** IPT_BISON

Hi Judith,

as you might know there is a MINT for the IPT_BISON markets using JDEdwards starting 2nd week of July 2014 . Markets are within AsiaPac, ChinaHK, ISC, MEA and LATAM.

For this Test the JDE Test Environments need to contain the financial data of December 2013.

My Questions
- who could help from your team, e.g. Joao is only responsible for LATAM now?
- To whom have I to speak to make this happen ?
- Do I need to raise support Tickets? To which RA?

Thanks a lot

Regards
**Horst Kiesewalter**
**Solution Specialist**
Consumer & Commercial IT
CBS IT Services

**GSK**
Bußmatten 1, 77815 Bühl, Germany
**Email**   Horst.Kiesewalter@gsk.com
**Mobile** +491754351554
**Tel**     +497223762188
**Fax**    +497223763188

Plaintiff0000082