# EXHIBIT 24

# DISABILITY CLAIM FORM

**Liberty Mutual.**
INSURANCE

Liberty Life
Assurance Company of Boston

PLEASE CHECK
BENEFITS
APPLIED FOR:

- [ ] STD
- [x] LTD

Mail to:
Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7211
London, KY 40742-7211
Phone No.: 888-440-6118
Fax No.: 603-422-0117

## TO BE COMPLETED BY EMPLOYEE
*(PLEASE COMPLETE ALL APPLICABLE SPACES)*

| Employee's Name | | | | Employee's Social Security No. |
|---|---|---|---|---|

Thomas Reilly

| Street Address | City | State | Zip Code |
|---|---|---|---|

418 Oak Lane | Wayne | PA | 19087

| Home Telephone No. | Work Telephone No. | Sex | Date of Birth |
|---|---|---|---|

(610) 585 1641 | (610) 585 1641 | [x] M [ ] F

| Employer's Name | Marital Status | Spouse's Name | Spouse's Date of Birth |
|---|---|---|---|

GlaxoSmith Kline | [ ] Single [ ] Married [ ] Widowed [x] Divorced

List Names and Dates of Birth of Unmarried Children Who Have Not Finished High School (under age 19)
Delia Louise Reilly (17)  Aiden Razzi Reilly (13)

No. of Dependents: 2

Treated By: (Please include all treating physicians; use additional paper if needed)

HOSPITAL

| | Name | Street Address | City/State/Zip Code |
|---|---|---|---|

DOCTOR | Vicki Hook | 489 Devon Park Drive | Wayne, PA 19087

Doctor's Phone No. (610) 964-1983

| Date Injury/Illness Began | Date First Treated | Date Last Worked | Date Returned to Work |
|---|---|---|---|
| | | 7/1/2014 | |

Is your illness or injury related to your occupation? [x] Yes [ ] No

If "Yes", then please explain: I've developed an overwhelming anxiety and depression resulting from years of unaddressed, unresolved workplace hostility, harassment,

Have you or do you intend to file a Workers' Compensation claim? [ ] Yes [ ] No

Describe how and where injury occurred or describe the onset and nature of your illness. Senior management as well as many others witnessed the hostile and professionally unacceptable behavior of one employee in particular but did nothing, I was forced to cope alone but reported to HR & ER many times over years. Raising visibility subjected me to professional and financial retribution, character assassination, slander, ostracism which I can no longer cope.

| Identify other income you are receiving or for which you have applied: | | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|
| Yes | No | Type | | | |
| [ ] | [ ] | Wages, Salary, or Separation Pay | $ | | | |
| [ ] | [ ] | Social Security (disability or retirement) | $ | | | |
| [ ] | [ ] | State Disability | $ | | | |
| [ ] | [ ] | Retirement (normal, early, or disability) | $ | | | |
| [ ] | [ ] | Workers' Compensation | $ | | | |
| [ ] | [ ] | Group Disability | $ | | | |
| [ ] | [ ] | Other (please describe) | $ | | | |

If your request for disability benefits is approved, all or a part of your benefits may be considered taxable income if they are attributable to: 1) employer contributions toward the disability plan or, 2) your contributions, on a pre tax basis, toward the disability plan.

Apply a voluntary federal income tax withholding to each benefit payment? [ ] Yes [ ] No   If "Yes", select one of the following:

- [ ] Withhold a specific whole dollar amount based upon the disability payment mode (weekly, bi-weekly, semi-monthly, monthly), or

  $_____ weekly ($20.00 min.)   $_____ bi-weekly ($40.00 min.)   $_____ semi-monthly ($44.00 min.)   $_____ monthly ($88.00 min.)

- [ ] Use the completed and signed IRS Form W-4S I have attached which specifies my withholding request.

Apply a voluntary state income tax withholding to each benefit payment? [ ] Yes [ ] No   If "Yes", select one of the following:

- [ ] Withhold $_____ ($10.00 minimum)   for the State of _____, or
- [ ] Use the completed and signed state employee withholding certificate I have attached which specifies my withholding request.

Signature: Thomas Reilly   Date: 11/17/2014

DP 403W Rev. 5/2013
Fully Insured

**PLEASE REVIEW REVERSE SIDE AND SIGN WHERE INDICATED**

EXHIBIT
Reilly-8
12-11-18  KSC

## PLEASE READ CAREFULLY, SIGN AND DATE BELOW

The information I have provided is true and complete to the best of my knowledge and belief. I agree that a Photostat copy of this form will be as valid as the original. I understand that any person who knowingly or with intent to injure, defraud, or deceive an insurance company, files a statement containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

CALIFORNIA EMPLOYEES: For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

COLORADO EMPLOYEES: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

DELAWARE EMPLOYEES: It shall be a fraudulent insurance act for a person to knowingly, by act or omission, with intent to injure, defraud or deceive: prepare, present or cause to be presented to any insurer, any oral or written statement including computer-generated documents as part of, or in support of, a claim for payment or other benefit pursuant to an insurance policy, containing false, incomplete or misleading information concerning any fact material to such claims.

FLORIDA EMPLOYEES: I understand that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement or claim or an application containing any false, incomplete, or misleading information is guilty of a felony of third degree.

KENTUCKY EMPLOYEES: I understand that any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

MINNESOTA EMPLOYEES: A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

NEW JERSEY EMPLOYEES: Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

NEW YORK EMPLOYEES: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand and the stated value of the claim for each such violation.

NORTH CAROLINA EMPLOYEES: Any person who with the intent to injure, defraud, or deceive an insurer or insurance claimant: presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to the claim, or assists, abets, solicits or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning fact or matter material to the claim is guilty of a felony.

OHIO EMPLOYEES: I understand that any person who, with intent to defraud, or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

OKLAHOMA EMPLOYEES: I understand that any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes a claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

PENNSYLVANIA EMPLOYEES: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

EMPLOYEE SIGNATURE: _____   DATE SIGNED: 11/17/2014

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

 **Liberty Mutual.**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7211
London, KY 40742-9955

**Return To:**

EMPLOYEE/CLAIMANT NAME: Thomas Reilly
CLAIM NO:
EMPLOYER/SPONSOR: Glaxo Smith Kline     DATE OF BIRTH: ████

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Thomas Reilly
**Print Name**

Thomas Reilly
**Signature**

████ Date of Birth
11/17/2014
**Date**

DP 432  Rev 02/09

# ATTENDING PHYSICIAN'S STATEMENT

**This form is to be completed**
**without expense to Liberty Mutual and returned**
**along with your original claim for benefits or**
**by the date requested by the Liberty Mutual Claims Dept.**

**Liberty Mutual.**
INSURANCE

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7211
London, KY 40742-7211
Phone No.: 888-440-6118
Fax No.: 603-422-0117

**Return to:** _____

---

**PART A: TO BE COMPLETED BY EMPLOYEE**

EMPLOYEE/CLAIMANT NAME: Thomas Reilly

CLAIM NO.: _____    S.S. NO.: ▮▮▮▮▮

EMPLOYER/SPONSOR: GlaxoSmithKline    DATE OF ▮▮▮▮▮

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Issued Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization to directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assurance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

11/17/2014
Date

Thomas Reilly
Claimant's Signature (or Authorized Representative)

---

## PHYSICIAN'S INSTRUCTIONS

**PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.**

**THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.**

**PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN**

### 1. DIAGNOSIS

Primary 309.28 ∨ 314.00    ICD9 _____
Secondary V71.09    ICD9 _____
ICD9 _____

Has patient ever had the same or a similar condition? Yes ✓ No _____
If "Yes", state when and describe. SEPT. 2010  ANXIETY ∨ INSOMNIA 2° TO DIVORCE

What is your prognosis? FAIR

For Pregnancy:
EDC _____    Date of Delivery _____    Type _____

### 2. DATES OF TREATMENT

(a) Date of First Visit — 09-23-10 (mo/day/yr)
(b) Date of Last Visit — 11-19-14 (mo/day/yr)
(c) Frequency of Visits A3 OF 06-24-14 ✓ Weekly ___ Monthly ___ Other (specify)
(d) Date of First Treatment — 09-23-10 (mo/day/yr)
(e) Date Symptoms First Appeared / Accident Occurred — 06-24-14 (mo/day/yr)
(f) Date Patient Advised to Cease Work — 07-01-14
(g) Estimated Return to Work Date — 02-02-15

PHYSICIAN, PLEASE COMPLETE THE REVERSE SIDE OF THIS FORM.

DP-4020 Rev. 9/12

Plaintiff0000423

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.

WEEKLY PSYCHOTHERAPY ~ MEDICATION: INDERAL 10 MGS OD, ALPRAZOLAMO.5 MGS PROGNOSIS: FAIR RESTRICTIONS: NONE    TID ~ RITALIN 10 MGS PO OD

## 4. PHYSICAL IMPAIRMENT

____ Class 1 - No limitation of functional capacity; capable of heavy work.

____ Class 2 - Medium manual activity.

____ Class 3 - Slight limitation of functional capacity; capable of light work.

____ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.

____ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS:

## 5. MENTAL/NERVOUS IMPAIRMENT

____ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).

____ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).

✓ Class 3 - Patient is able to engage in only limited stressful situations and engage only in limited interpersonal relations (moderate limitations).

____ Class 4 - Patient is unable to engage in stressful situations or engage in interpersonal relations (marked limitations).

____ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

## 6. CARDIAC IMPAIRMENT (if applicable) NOT APPLICABLE

Functional Capacity:           ____ Class 1: No Limitation          ____ Class 2: Slight Limitation

(per American Heart Assn)      ____ Class 3: Marked Limitation      ____ Class 4: Complete Limitation

Blood Pressure (last visit): _____ (systolic/diastolic)

## 7. Date of Next Scheduled Visit 11-25-14

Are you still treating the patient? ✓ Yes ____ No

If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral.

Was patient referred to you by another physician? ____ Yes ✓ No

## 8. Has patient been hospital confined? ____ Yes ✓ No

Dates of Confinement: From _____ to _____

Was surgery performed? ____ Yes ____ No   If "Yes", please indicate procedure(s) performed:

CPT Code: _____ Date Performed _____

Name and Address of Hospital:

## 9. After you have completed this form, please attach copies of the following materials:

Office notes for the period of treatment or for the last two years

Test Results showing medical evidence

Hospital discharge summary (if applicable)

Consulting physician's reports (if applicable)

## 10. REMARKS PATIENT DOES NOT WANT TO TAKE MEDICATION. TAKES MEDS INTERMITANTLY, AND HAD SIDE EFFECTS FROM BRINTELLIX ~ VIIBRYD. ON NO ANTIDEPRESSANT AT THE PRESENT TIME

VICKI B. HOOK
Attending Physician's Name (PLEASE PRINT)

489 DEVON PARK DRIVE STE 312
Street Address

WAYNE PA. 19087
City/State/Zip Code

MD / PSYCHEATRY    163408305
Degree/Specialty    SS No. or Tax ID No.

(610) 964-1983    (610) 964-1984
Telephone No.    Fax No.

Vicki B. Hook MD    11-20-14
Signature    Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 422-0117

January 13, 2015

Mr. Thomas Reilly
418 OAK LANE
WAYNE, PA 19087

RE:    Long Term Disability (LTD) Benefits
       GSK
       Claim #: 5109762

Dear Mr. Thomas Reilly:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your claim and have determined that benefits are not payable. GlaxoSmithKline's Long Term Disability Policy requires that to receive disability benefits you must fulfill an elimination period defined as follows:

*"Elimination Period"* *means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.*

*If the Covered Person returns to work for any ninety or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.*

**Elimination Period:**

*The end of the Covered Person's Short Term Disability Benefits.*

Your date of disability is July 1, 2014 and you were released to return to work effective January 2, 2015. Therefore you will not satisfy the entire elimination period and we are unable to approve your claim.

If you have an open FMLA or State Leave claim with Liberty Mutual Insurance, you will receive a separate notification regarding the status of your leave.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Plaintiff0000425

The Liberty Life Assurance Company of Boston
Attn: Mary Ellen Smith
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include documentation which indicates that you did not return to work effective January 2, 2015 and the clinical documentation that supports your inability to do so; as well as any additional information which you feel will support your claim. You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maryellen Smith
Case Manager
Phone No.: (888) 440-6118 Ext. 10349
Secure Fax No.: (603) 334-3545

Plaintiff0000426

# EXHIBIT 25

**From:** Andrew Witty
**Sent:** Friday, January 16, 2015 12:23 AM
**To:** Tom Reilly
**Cc:** Christopher Gent; Claire Thomas; Alison Gubbay; Nick Hirons
**Subject:** Re: Urgent Compliance Matters

Tom

Thank you for writing to me to raise your concerns. I have asked Nick Hirons to contact you and to follow up fully on your observations. You will hear from him soon.

Andrew

Sent from my iPad

On 15 Jan 2015, at 23:57, Tom Reilly <Tom.Reilly@gsk.com> wrote:
Dear Mr. Witty,

I'm contacting you directly in a final effort to raise awareness to serious problems regarding a GSK computer system I designed, delivered and support which hosts a good portion of our global drug manufacturing and enterprise financial applications.  I've been attempting for the past 3+ years to raise awareness to these issues via management and internal reporting channels but have been met with stonewalling, professional and financial retribution, hostility, threats, harassment and character assassination.  The computer instability, security, quality and noncompliance issues I've raised are irrefutable and have been acknowledged by many as fact so are not in dispute but my personal integrity and character has instead been attacked as a way to deflect attention away from the fact that people in positions of responsibility authority with the ability to address them have chosen to do nothing and these issues are being ignored.  The internal Speak Up channels within GSK are contaminated and the oversight, investigation elements of the company only suppress, scrub, sanitize and contain negative information then apply damage control as opposed to placing any emphasis on accountability or remediation.  This makes it appear that all Code of Conduct, Business Ethics and Corporate Integrity Agreement awareness publications and training are simply window dressing.

Over the past few years I've been unable to stop misconduct and dereliction of duty which has led to these serious computer quality control violations, systemic security non-compliance, global computer fleet instability, interface interruptions and resulting chaos management.  These problems relate not only to stability, quality control and compliance of the AS400 computer systems but also the global supply chain interfaces and integrity of the manufacturing and financial data being hosted on these servers.  This could eventually lead to drug manufacturing quality problems, financial data irregularities and even more FDA penalties against GSK.  The state of AS400 access management and resource security across the AS400 manufacturing and financial computer fleet is absolutely horrific and there are for no intents or purposes any controls in place but the scope and details are simply too massive to describe in this email.  Senior IT management in a position to act on these issues have been made fully aware but have done nothing and the auditors and PwC would have a field day with GSK if aware of how bad it was.

I've worked for GlaxoSmithKline since 1999 and have had an extremely productive IT career supporting the AS400 (iSeries) Shared Services infrastructure.  I have over that time designed and delivered almost

the entire fleet of IBM AS400 computer systems which host a good portion of our global drug manufacturing and enterprise financial applications.  I've also traveled around the world on behalf of the company to facilitate consolidation of our formerly decentralized Latina, MENA, GMS Europe, Consumer Europe, AsiaPac, Steifel and Canadian AS400 computer infrastructure into the US and UK data centers.  I also designed, delivered, performance tuned, secured and automated the North America Pharmaceutical production Enterprise One Financial and Order Management server which supports $150m per day in sales as well as the global Lotus Domino consolidation infrastructure which has since been mostly decommissioned but is still used for some business critical applications.  I'm the GSK technical subject matter expert on AS400 computer system design, engineering, delivery, operational automation, security, performance, interfaces and compliance among other things and have published technical articles on these subjects in industry magazines.

I'm also the senior IT technical person within the AS400 infrastructure support group that managed the computer system which hosted the BPCS drug manufacturing application and JDE financial application for the former Cidra Puerto Rico plant.  That particular computer system was neglected for years and the hardware, operating system and application software was allowed to become obsolete, unstable and non-compliant.  My warnings and recommendations to IT management over 10 years ago to stabilize the Cidra service were disregarded under the premise that the system would soon be replaced with a new ERP system and there was in fact an unsuccessful attempt to migrate Cidra to ERP around the time just before the FDA consent decree and plant shutdown.  Although a number of factors contributed to the Cidra debacle, the manufacturing process is highly automated so the computer infrastructure neglect I warned of back then had a huge negative impact on the computer-dependent BPCS manufacturing process which in turn contributed to the breakdown of drug manufacturing process and quality control.

After the FDA shutdown the Cidra manufacturing plant and issued their Consent Decree, I traveled to Cidra on a number of occasions as the AS400 Subject Matter expert to assist in the remediation effort and eventually built the new Cidra AS400 computer system which helped bring the plant back into compliance with the FDA and stabilized the BPCS manufacturing application. The Cidra plant was able to reopen but the damage had been done so the plant eventually shut down permanently and the company received one of the largest fines ever leveled against a pharmaceutical company.  GlaxoSmithKline suffered both financially and from a public relations standpoint, the stock price and retirement savings of me and all employees was severely impacted.  The contribution of unstable computer infrastructure to the breakdown in manufacturing was never identified or appreciated back then, the IT infrastructure management folks who disregarded my warnings and recommendations, many of whom are still in place today, were then and have never been held accountable for allowing the Cidra computer to deteriorate to the point that it did.

The same AS400 computer platform hardware and software technology which hosted the BPCS drug manufacturing application and the JDE financial application for Cidra is still being used in production to host global manufacturing and enterprise financial applications at a number of GSK drug manufacturing plants throughout the world.  The hardware and software of these production computer systems is again acknowledged by IT management as being obsolete and those computers are now being neglected in the same manner as the Cidra computer system was years ago and the same IT infrastructure management folks are again distracted by delivery a new ERP system while blatantly ignoring problems on the current production AS400 manufacturing and financial computer systems.  To make matters worse, the AS400 service was recently outsourced using a flawed financial business case and under the premise that it was shrinking and would soon be going away.

The premise once again is that these AS400 systems will soon be replaced by the new ERP system but target migration dates to the new ERP system have been pushed back repeatedly over the past 10 years.  The opposite is actually true and the workload on the production AS400 servers has been consistently expanding, most recently with the addition of Novartis who I can't imagine are aware of these problems.  Besides being obsolete, some of these AS400 servers have been recklessly configured in a way which makes them so unstable that the amount of workload added to them is not linear with the resulting resource utilization.  In other words, adding just a little bit of workload can cause the resource utilization to hit the knee of the curve and become even more unstable.  Additional Novartis workload will most likely bring these already unstable servers to their knees.  During the 2 year outsourcing RFP and due diligence process, I the architect and subject matter expert of almost every discipline on the global AS400 fleet was not consulted on a single occasion by IT management and or Blue Chip so was not able to raise attention to these serious production issues.

As a direct result of the 2010 $750m Cidra settlement as well as the 2012 $3b Fraud, Safety and Unlawful Promotion Settlement, GSK has a 5 year Corporate Integrity Agreement in place with the Department of Justice and The Department of Health and Human Services which specifically requires we honor our published Code of Conduct and the Policy and Procedure contained within it.  Many of the quality, security, data integrity, compliance, risk management and misconduct issues I've raised are in violation of Policy and Procedure contained within our Code of Conduct which the CIA mandates the company be compliant with.  This is a huge exposure to the company because the government is the largest single buyer of pharmaceutical drugs so falsely claiming to be computer GMP, Quality, Security, Risk Management, Sarbanes-Oxley, CFR21 Part 11, etc compliant could constitute Medicare and Medicaid fraud against the government per the US False Claims Act.  I was told by someone in global compliance that falsely claiming compliance to auditors and shareholders by withholding and/or misrepresenting policy non compliance and risk could potentially impact company share price and financial status if independent oversight organizations like PWC were found to have signed off on the company books based on false or misleading information.

Most importantly, not addressing these issues will most likely lead to product defect and/or consumer harm due to the negative impact on the computer-dependent manufacturing process as happened at the Cidra plant.  GSK may have already started again down that path because there are within Comm Cell minutes many references to quality problems and indications that substandard product was not only recently manufactured on one of the AS400 servers I've been warning about but also shipped to customers.  These Comm Cell entries are the words of others, not mine so should be viewed objectively and taken seriously.  I also took time to review the 2013 Annual Report which makes no reference to any of these serious performance, security, quality, compliance issues, risk management and corporate responsibility deficiencies so I suspect that the internal reporting channels have not made the people who sign off on the annual report aware of these issues which also puts them at risk.

Company policy and mandatory training exists regarding how to report misconduct, the process for the company to carry out an investigation of misconduct and protections for those who report misconduct.  As per employee obligation to company policy and training, I initially raised these stability, quality, security, risk management, non-compliance, misconduct policy violation and cover up matters to a senior member of Global Compliance back in 2012.  At that time, I also refused initially to sign the company's mandatory Business Ethics Certification because of what I saw happening to and around me.  My concerns back then were acknowledged as fact by both IT management and Global Compliance and I was assured that they'd be addressed and I'd stop being harassed so eventually signed the

Business Ethics Certification.  The issues were in fact never addressed but instead allowed to deteriorate even further.  In 2012 and as a result of my Global Compliance report, my previous manager was removed in what was called a role swap and his position, which I'd earned and which had been promised to me in PDP for 10+ years, was given to someone with absolutely no service management experience or qualifications.  That new manager immediately stripped me of all technical responsibilities, constantly harassed and threatened me for the next 2 years and punished me financially both in my yearly bonus and merit increases while continuing to cover up and exacerbate the serious issues I was attempting to raise awareness to.

As the global AS400 service I'd built became compromised even further over the next 2 years under my new manager and I continued to be harassed, I continued per policy and procedure and mandatory ethics training to raise awareness to these issues.  I reported them again first to my manager, her director, a senior IT VP at the GDC, the manager of Access Management, Human Resources, Employee Relations, various regional in country Pharmaceutical and Consumer IT Application Service Managers and the Director of Quality Risk Compliance.  Each level to which I've reported these issues either stonewalled me or acknowledged them as fact only to ignore them and/or participate in the cover up.  I even documented these issues in my attached 2013 Personal Development Plan which was formally received by my manager but the issues were not challenged by her or even discussed during the PDP review.  My manager came from an administrative assistant and document management background and I can show she fudged a security document in 2013 to cover up her own misconduct on one of these matters so I wouldn't be surprised if she altered my PDP before publishing it.  I then raised these issues again to Global Compliance in January 2014 and again let it be known that I didn't feel safe around the office because of the hostile environment.  Although I provided the compliance officer with voluminous amounts of troubling information, he never asked a Single follow up question and simply stopped communicating with me.  My personal safety concerns were simply disregarded by HR, ER and the compliance officer and I was left exposed for months to endure further harassment, hostility, threats and fear in violation of SOP-GSK-015 "Safeguarding People who Report Unethical or Illegal Conduct".

Honestly answering the persistent questions of some concerned IT application service managers during a Q2 2014 service review meeting, information which had been withheld from them by my manager, caused the harassment and threats to increase and the resulting stress caused me serious health related issues which have turned my life upside down.  I recently returned from 6 months of workplace stress related short term disability and was informed by my manager and HR that I'll be receiving a termination letter on 23 January 2015 as a result of the outsourcing initiative, be terminated from the company 60 days later and receive a severance package.  The premise of outsourcing my position is subterfuge because the process of marginalizing me, eliminating my job and silencing my concerns actually began shortly after my first escalation to Global Compliance in 2012 and gathered steam during the many Employee Relations and Human Resources escalations I initiated since and leading up to the currently active Global Compliance investigation 119091049.  The AS400 service management position that will not be outsourced and will remain in house which I should have filled was instead given to someone with no service management experience who cannot even log on to a computer and who is not qualified to have a technical conversation with me.

They're also eliminating the only AS400 performance and security subject matter expert within the company who has full knowledge of the problems and how to remediate them.  The list of names of current senior IT management, Business IT, Quality Risk Compliance, Access Management, Global Compliance, etc people to whom I've reported these issues only to be ignored is staggering.  Not addressing these issues or failing to protect the person who raised them is against company policy and

the spirit of the Corporate Integrity Agreement.  The treatment I've received is similar to that of Cheryl Eckard who reported problems in Cidra after reaching out unsuccessfully to the top of the company.  She attempted as I have done to raise awareness that all systems are broken and the lights are flashing red.  Like me, her concerns were ignored, she was threatened and her job was labeled redundant in an unsuccessful effort to silence her even though she was also eventually found to be right.

The folks in charge of implementing the new ERP system have been less than honest and I've heard alarming comments over the years from important people around the GDC associated with the project.  They claim to attend meetings and shuffle papers pretending to be busy and make comments about sticking around long enough to get their next bonus or retire.  The new ERP system is a decade behind schedule and the AS400 servers it's supposed to replace will not be decommissioned any time soon yet me the only internal AS400 subject matter expert is being eliminated.  The fact is, they've been working on their new computer system since I joined the company in 1999, and it's nowhere near replacing the production AS400 computer system which will have to remain in place for another decade.  These production AS400 manufacturing and financial computer systems are currently being managed in a state of chaos according to Comm Cell but instead of addressing these problem and stabilizing regulated production services, the company is about to terminate me, the sole technical AS400 computer technical subject matter expert, and outsource the daily operations of these unstable computer systems along with the problems.  After my subject matter expertise is gone, the situation will likely deteriorate exponentially while AS400 service management blame Blue Chip for the performance problems they covered up and application services are left to deal with security non compliance problems with no subject matter expertise and having been abandoned by the AS400 Service Manager.

Internally published Comm Cell minutes of the AS400 applications services and other platforms make it apparent that all AS400 quality, security, compliance and risk management systems have broken down and chaos management has filled the void.  There are many Comm Cell database entries which corroborate what I've reported and which contains the words of others and takes my integrity and motives out of the picture.  These Comm Cell database entries contain references to computer downtime, manufacturing line downtime, unacceptable end user performance, backup irregularities, corrupted and missing data, missing invoices, missing orders, product quality exceptions, regular month end closing delays, massive non compliance, risk management deficiencies and general chaos management.  There are also very recent Comm Cell entries which indicate that sub-standard product was not only manufactured on one of these unstable AS400 servers but also shipped to customers so the Cidra like manufacturing and product defect problems may already be occurring.  This seems to be true also with the new ERP system which according to Comm Cell is experiencing serious problems and being implemented prematurely under pressure.

This downward spiral on the production AS400 server fleet all began in October of 2011 when a less senior AS400 infrastructure support person named Rick Oberholzer proposed a configuration change called Uncapped Processors be enabled on the NAP Production Enterprise One server which I'd designed and delivered.  I strongly urged Rick and my manager at the time against allowing that change to be made and warned of the ramifications but I was met with hostility and my recommendation was disregarded.  That change was made anyway and the NAP Enterprise One production service came to its knees at the next month end resulting in a high visibility global escalation.  My manager at the time was away on vacation when this happened but I was working the problem when Rick approached my desk screaming at me.  Rick is well known as a chronic hostile racially intolerant individual and had been acting in this way if full view of management for 15+ years so his attack on me was witnessed by others

and didn't seem unusual at the time and I shrugged it off and carried on in a professional manner. I was informed by my manager the following week when he returned from vacation that a director at the GDC named Robert Mattie had secretly reported me to senior IT management in the UK claiming that I'd initiated an altercation at the GDC with Rick Oberholzer. Even though I was attempting to protect the service and stabilize NAP financials and order management, I was immediately told by my manager that my career was over and prevented from remediating these self inflicted production NAP Enterprise One performance problems.

The NAP Enterprise One performance problems went on for months until Rick convinced NAPIT to purchase an unnecessarily $300k hardware upgrade from his friends at Sirius, a vendor with whom he's personal friends and for whom he previously worked, to mask the performance problems he'd created. My previous manager was soon replaced in what was called at the time a role swap by Jo Taylor who started in GSK as an administrative assistant but had worked her way up to document management reporting to Robert Mattie who'd inappropriate escalated on me. Rick went on to eventually make this same ill advised Uncapped Processor configuration change across the entire AS400 manufacturing and financial computer fleet along with reckless undocumented changes which also cratered AS400 security and quality. I was not able to intervene over the next few years because Jo Tayor was constantly stepping on my throat, Rick would become openly hostile toward me in the open office environment if I said Anything and Robert Mattie was always standing 30 feet away looking over my shoulder. I worked in fear that simply opening my mouth to Rick would result in another escalation against me by Robert and that I'd be escorted out of the office. I as a single parent could not afford the risk of losing my job so had to endure the threats and hostility for years.

I attempted on a number of occasions over the years to raise these workplace hostility issues to Human Resources and Employee Relations but Robert Mattie and Jo Taylor used their influence to contaminate those investigations and convinced investigators that I was the problem. HR and ER went on to dismiss Ricks ongoing vulgar behavior as past allegations, label their investigations inconclusive and suggested I was responsible for the problems because I'd become introverted around the office, refused to work with Rick Oberholzer and declined attending company functions among other things. The thing that HR and ER failed to recognize is that it's well known that the behaviors I exhibited are very common to people who are exposed to extreme extended workplace harassment and bullying so they were blaming the victim. A few of my colleagues around the office who were interviewed by the investigators and corroborated my version, some manager and director level, consoled me and volunteered that they couldn't understand how Rick was allowed to get away with his behavior for over a decade. The fact is that Robert Mattie has a reputation at the GDC for being ruthless and it was known that he was protecting Rick's behavior and keeping him on a short leash to intimidate me so nobody was going to cross Robert and risk their own careers.

Robert Mattie and All senior IT management at the Global Data Center are fully aware of Rick's unacceptable behavior and reputation having been around him for 15+ years in both King of Prussia and the Global Data Center. Rick is well known as a hostile, racially intolerant, angry employee but management has never addressed the situation as per their policy and procedure obligations or do anything to protect me or others who were also the target of Rick's hostility. The only reason his behavior has been able to be protected and covered up by IT management in what's supposed to be a zero tolerance environment is that the data center has always been an island within the company having no business or HR presence which would not tolerate that behavior. In what's supposed to be a zero tolerance environment, Ricks comments over the years regarding minorities, Jews, women, religion, etc and his hostility against people who couldn't fight back should have gotten him terminated long ago. It

was behavior on the part of Robert Mattie to retaliate against me on behalf of Rick then put Jo Taylor in place to harass me which started the tragic downward spiral on the AS400 platform. If Robert Mattie hadn't taken liberties and acted inappropriately in 2011 to marginalize me when I was responding to a global business escalation, I'd have been able to protect the production AS400 computer fleet over the last few years from Rick as I'd done for years and GSK would not have arrived at the grave point where it is now.

From the limited  correspondence I've had since returning recently from short term disability, it sounds like Blue Chip are now aware of serious performance problems but Jo Taylor is also now well positioned to claim that Blue Chip are responsible for them.  According to Jo Taylor's original plan, I was not supposed to still be with the company to point out otherwise.  If GSK want to arrive at the truth, Jo Taylor should be asked her opinion of AS400 Uncapped Processors and the state of AS400 security.  Jo is fully aware of the situation and if she claims otherwise, I can provide email correspondence and security reports to refresh her memory.  Jo is tricky though and can talk circles around any subject but it's important to remember that she has no computer expertise.  After a 2013 level 1 Audit Finding resulted in a heavily weighted RMS Entry, Jo took and old security document of mine, rewrote it to imply that she the AS400 service owner wasn't responsible for security, made one of her employees the Author of the document and  herself the approver then leveraged her document management expertise to fast track Tech Review and publication of that document.  Jo then went on to incorrectly inform Application Services and Quality, Risk, Compliance that security risk and remediation was not within the remit of her the AS400 System Owner and Service Manager.

During my 15+ year career at GSK, I always conducted my behavior at a high level both professionally and personally.  I loved this company, accomplished a lot, treated everyone with respect and poured my best efforts into doing a good job and making improvements.  I saved the company millions of dollars by facilitating consolidation of the previously distributed global AS400 manufacturing, financial and mail infrastructure.  Unlike many others in positions of authority, I fulfilled my mandatory Code of Conduct, Business Ethics and Corporate Integrity Agreement training obligations by reporting in good faith much risk and misconduct.  For my efforts to prevent another Cidra debacle, I've been repeatedly threatened and harassed over the years and finally notified that I'll be receiving a formal termination letter thus being let go from the company.  My health has been ruined which has affected my ability to look for another job, care for myself and my family and I'm now being thrown out in the trash.  One of my colleagues Dan Mong is the only person being retained after outsourcing even though he's not done much more than administrative work during his time at GSK.  Dan is naïve and has gone along with the fudged outsourcing RFP and looked the other way on the issues I've raised in order to save his job.  Dan had also been bullied by Rick and one of his friends for years and is fully aware of his hostility and disregard for quality and the instability Rick has introduced to the computer fleet.  Dan has witnessed HR/ER cover up of Ricks behavior and we've had honest conversations where he's acknowledged everything I'm saying.  If approached and assured immunity, safety and confidentiality, he'd corroborate everything I'm saying about the status of the AS400 infrastructure and the behavior of both Rick Oberholzer and Jo Taylor.  Rick Oberholzer has apparently been retained beyond the outsourcing deadline because even though he's caused the chaos, he's also convinced IT management who don't know any better that he's vital to stay around to manage the chaos.

My most recent report to Global Compliance was initiated 1 year ago but I've been stonewalled by the investigating officer Michael Woods.  He recently informed me that he'll conduct a 30 minute closeout meeting next week which is only a few days before I'll be receiving my formal termination letter.   Even though I came to the realization months ago that Michael was stonewalling me and nothing will be

addressed or resolved, he's obviously delaying the meeting until very close to my 23 January termination date so I'll have no time to respond.  He's been aware of serious problems for a year now but has failed in his basic duty to act and the core manufacturing and financial businesses have suffered additionally as a result.  Although I've been out of the office for 6 months, I was still regularly invited to meetings, asked to Tech Review documents, approve security and continued to be copied escalation correspondence.

A lot of things have happened since Michael Woods stopped communicating with me back in April including implementation of a business critical financial server (containing non secured senior executive user ids) with absolutely no change management, quality or security which could have been prevented if he'd acted.  Even if the concerns I raised were not legitimate, the fact that I've simply gotten no response from Michael indicates that something is terribly wrong within the newly structured post Cidra, post China corruption, and post CIA global compliance organization.  It's incomprehensible that reports of serious issues regarding the same computer platform which resulted in Cidra debacle resulted in not a single follow up question by the investigating global compliance officer.  I met personally with Michael for an entire day and know that he's an intelligent person with an IT background who seemed to be aware of the seriousness of what I was reporting but I'm now also disappointed and discouraged by his lack of response and corporate integrity.

As a loyal employee and single parent, I have a profound sense of unfairness as to what's happened to me both professionally and personally.  This company put me through personal hell by requiring I train and sign off on misconduct reporting then punishing me every time I attempted to raise awareness to serious problems.  As a shareholder, I'm concerned that my company stock will again be affected when these global manufacturing and financial systems eventually fail.  All quality, risk management, compliance systems in place have broken down not only on the AS400 computer platform but all GSK computer platforms.  I'd like to have a face to face conversation with just one person above this situation who would set aside the character assassination that has been leveled against me and treat me with the dignity of a productive and respectable 15+ year employee.  I'm an intelligent person with a track record of subject matter expertise and technical integrity and certainly would not risk simply making things up

I'm hoping that my formal termination notice letter on 23-January-2015 can at least be postponed until I'm able to speak with someone in authority and clarify these matters.  Considering the 2010/2012 FDA fines, the China corruption scandal, the amount of internal CIA training/compliance information that has been published internally and lack of references to any of these issues in the Annual Report, I can't allow myself to believe that people at the highest level of the company would tolerate this situation if they were aware of it or implicate themselves by looking the other way as other have in the past.  I have intimate technical knowledge of these at risk computer systems and compiled comprehensive plans for both performance stabilization and security remediation.  I was prevented up to now by the workplace environment from executing these remediation plans but could if allowed still execute them to at least prevent the situation from getting worse and work  toward making our production manufacturing and financial server fleet compliant again.

Very respectfully,

**Tom Reilly**
**Sr Consultant**
EIS EST

CBS IT Services

**GSK**
1250 S. Collegeville Road, Building 30-1026CM, Collegeville, Pennsylvania, 19426-0989, United States
**Email**   Tom.Reilly@gsk.com
**Office   +**1 610 962 1836
**Mobile +**1 610 850 5981

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr

<image001.png>

<mime-attachment>
<mime-attachment>
<TR PDP 2013 Q4 Final Revision - Reviewed with Jo Taylor.docx>

# EXHIBIT 26

**From:** Nick Hirons
**Sent:** Friday, January 16, 2015 7:29 AM
**To:** Tom Reilly
**Subject:** Your email re Urgent Compliance Matters
**Importance:** High

Dear Tom,

I am GSK's Chief Compliance Officer and Andrew Witty has forwarded your email re Urgent Compliance Matters to me. I want to assure you that we take these issues very seriously and I have immediately instigated an investigation to thoroughly review the issues raised in your email. A member of the investigation team will contact you shortly and set up time to discuss these issues with you. If you have any further concerns please do not hesitate to contact me.

Best regards,

Nick

**Nick Hirons**
**SVP,  Global Ethics and Compliance**

**GSK**
980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom

**Email**   nick.j.hirons@gsk.com
**Office**    **+44 208 047 4501**
**Mobile**   **+44 7823 523523**

gsk.com | Twitter | YouTube | Facebook | Flickr



# EXHIBIT 27

Message

| | |
|---|---|
| **From:** | Michele Mulkern [Michele.B.Mulkern@gsk.com] |
| **Sent:** | 1/21/2015 5:49:01 PM |
| **To:** | tomreilly418@gmail.com; Tom Reilly [Tom.Reilly@gsk.com] |
| **CC:** | Adam Raeburn-James [adam.a.raeburn-james@gsk.com] |
| **Subject:** | Letter |
| **Attachments:** | T R (2).docx |
| **Importance:** | High |
| **Sensitivity:** | Company Confidential |

Hello Tom,

As discussed this morning, attached is a follow up written communication regarding your employment status.

Regards,

Michele

**Michele Mulkern**
**HR Dir Glbl Support Functions**
Shared Services
HR Services

**GSK**
5 Crescent Drive, Philadelphia, PA 19112, United States
**Email**   Michele.B.Mulkern@gsk.com
**Tel**   +12157514862

gsk.com | Twitter | YouTube | Facebook | Flickr


do more
feel better
live longer





**DATE:**      January 21, 2015

**TO:**        Tom Reilly                                    **CC:**    Adam Raeburn-James

**FROM:**      **Michele Mulkern**

**SUBJECT:**   <u>ADMINISTRATIVE LEAVE</u>

The purpose of this letter is to update you about your employment status with GlaxoSmithKline and provide some background details leading to this status.

On January 28, 2014 the Phase 2 CBS IT End User & Infrastructure Services (EIS) proposed organization change was communicated and that you would be a part of a reduction in force. On May 9, 2014, you expressed in writing to your immediate line manager, Henry Bolton, you did not want to be considered a candidate for the Service Analyst (Grade 7) closed pool and your official notification would be forthcoming. As a result of your short-term disability leave of absence beginning July 8, 2014, the official notification was postponed until your return to work status, January 2, 2015. On January 15, 2015, you brought to our attention matters which we take very seriously and require an internal investigation. At this time, we are going to postpone your January 23, 2015 official notice of separation from GlaxoSmithKline and place you on paid administrative leave during the pending investigation. Administrative leave includes full pay and benefits; however, your current job duties are being suspended and you should not return to the workplace until otherwise notified. During this time, you must remain available during normal working hours to meet and/or provide information to Company representatives and cooperate fully throughout the internal investigation. We will get back to you following the outcome of the investigation regarding your employment status.

If you have any questions or concerns, please feel free to contact me at 215-751-4862 or call the Employee Relations Center at 1-877-694-7547. Remember the company maintains a confidential employee assistance plan in addition to our Health Safety and Performance Services, and you are always able to discuss issues with their staff.

Plaintiff0023467

# EXHIBIT 28

 **Gmail**

**Tom Reilly <tomreilly418@gmail.com>**

## RE: HR text

**Jason Lord** <jason.x.lord@gsk.com>                                      Wed, Apr 8, 2015 at 1:37 PM
To: Tom Reilly <tomreilly418@gmail.com>

Hi Tom

Unfortunately as this is an attorney client privilege case I am unable to provide you with a written summary of the investigation.

Regards

Jason

**Jason Lord**

**Global Head, Corporate Investigations Team**

Corporate Security & Investigations

Global, Ethics & Compliance

**GSK**

980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom

**Email**   jason.x.lord@gsk.com

**Mobile**  +44 7717 801 795

**Tel**       +44 20 8047 4522

gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



**From:** Tom Reilly [mailto:tomreilly418@gmail.com]
**Sent:** 08 April 2015 16:29
**To:** Jason Lord
**Subject:** Re: HR text


Hi Jason, Thank you for providing this.  Can you also provide a summary of your investigation results?  Tom


On Wed, Apr 8, 2015 at 10:55 AM, Jason Lord <jason.x.lord@gsk.com> wrote:

Tom as discussed;


As previously communicated by your line manager, the Legal/E&I (Equality and Inclusion) Review was completed.  As a result of the proposed organization changes  you were displaced.  Your official notification of separation from GSK is 8th April 2014.   A separation package will be mailed to your home address on or near this date.  Should you have any question about the separation package, feel free to reach out to Michele Mulkern or Bob Koroly.


Regards


Jason



**Jason Lord**

**Global Head, Corporate Investigations Team**

Corporate Security & Investigations

Global, Ethics & Compliance


**GSK**

980 Great West Road, Brentford, Middlesex, TW8 9GS, United Kingdom

**Email**   jason.x.lord@gsk.com

**Mobile**  +44 7717 801 795

**Tel**      +44 20 8047 4522


gsk.com  |  Twitter  |  YouTube  |  Facebook  |  Flickr



This e-mail was sent by GlaxoSmithKline Services Unlimited (registered in England and Wales No. 1047315), which is a member of the GlaxoSmithKline group of companies. The registered address of GlaxoSmithKline Services Unlimited is 980 Great West Road, Brentford, Middlesex TW8 9GS.

This e-mail was sent by GlaxoSmithKline Services Unlimited (registered in England and Wales No. 1047315), which is a member of the GlaxoSmithKline group of companies. The registered address of GlaxoSmithKline Services Unlimited is 980 Great West Road, Brentford, Middlesex TW8 9GS.