**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS REILLY, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 17-cv-2045 |
| v. : | |
| : | |
| GLAXOSMITHKLINE, LLC, : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, this 16th day of July, 2019 upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 33), Plaintiff's Opposition thereto (Doc. No. 39), and Defendant's Reply in Support thereof (Doc. No. 40), it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED;
2. Judgment shall be entered in favor of Defendant and against Plaintiff.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,     J.